# EXHIBIT B



**BARNES & THORNBURG** LLP

One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833 U.S.A.
(312) 357-1313
Fax (312) 759-5646

www.btlaw.com

Kurt W. Rohde
Attorney
312.214.4505
kurt.rohde@btlaw.com

April 3, 2023

Mr. Daniel Lawrence
OBM, Inc.
PO Box 50133, Baltimore, MD 21211

Cc:  Mr. Daniel Lawrence (registered Maryland agent for OBM, Inc.)
4329 Shore Road, Sparrows Point, MD 21219

Cogency Global Inc. (registered Delaware agent for OBM, Inc.)
Attn: OBM, Inc.
850 New Burton Road, Suite 201, Dover, DE 19904

RE:   Foreman.mn software

Dear Mr. Lawrence:

My client Lancium Inc. has become aware of your activities providing cryptocurrency miner management software through your *www.foreman.mn* domain. As you likely know, Lancium is an energy technology and infrastructure company that advances the decarbonization and stability of the electric power grid. Since 2017, Lancium has developed numerous technologies for balancing and stabilizing the power grid through, for example, load management of datacenters via the Lancium Smart Response$^{TM}$ technology. To date, Lancium has obtained over 25 patents relating to the technology it has developed. Based on publicly available information, it is possible that the functionality of your Foreman Software may relate to the subject matter of patented technology developed by Lancium. As an example, I would like to direct your attention to U.S. Patent No. 10,608,433, attached here for your convenience.

I understand my client has attempted to reach out to you numerous times to discuss your software but you have not responded. I ask that you please contact Ian Rock, Lancium's Vice President IT Operations, at *ian.rock@lancium.com*, so that we can have a productive conversation. My client is receptive to commercial opportunities for collaboration and is certainly willing to discuss this further.

Please provide the courtesy of a reply to this letter at your earliest convenience.

Sincerely,

*Kurt W. Rohde*

Kurt W. Rohde
Outside IP Counsel for Lancium LLC

Atlanta  Boston  California  Chicago  Delaware  Indiana  Michigan  Minneapolis  New Jersey
New York  Ohio  Philadelphia  Raleigh  Salt Lake City  South Florida  Texas  Washington, D.C.