# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| OBM, INC., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No: 4:23-cv-1798 |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| LANCIUM LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **PLAINTIFF OBM'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff OBM, Inc. ("OBM") certifies the following: Plaintiff OBM, Inc. has no parent company, and no publicly held corporation owns 10% or more of its stock.

Dated: May 15, 2023

Respectfully submitted,

Womble Bond Dickinson (US) LLP

By:  /s/ Rodney R. Miller
Rodney R. Miller
Texas Bar No.: 24070280
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: rodney.miller@wbd-us.com

*Attorney-in-Charge for Plaintiff OBM, Inc.*

Of Counsel:

Womble Bond Dickinson (US) LLP
Preston H. Heard (*pro hac vice* to be filed)
Georgia Bar No. 476319
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com

Womble Bond Dickinson (US) LLP
Andrew Beverina (*pro hac vice* to be filed)
DC Bar No.: 464897
2001 K Street, NW, Suite 400 South
Washington, DC 20006
Telephone: (202) 857-4411
Email: Andrew.beverina@wbd-us.com

Womble Bond Dickinson (US) LLP
James Dority (*pro hac vice* to be filed)
South Carolina Bar No.: 104627
550 South Main Street, Suite 400
Greenville, SC 29601
Telephone: (864) 255-5412
Email: james.dority@wbd-us.com

*Attorneys for Plaintiff OBM, Inc.*