## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Texas

Case Number: 4:23-CV-1798

Plaintiff:
**OBM, INC**

vs.

Defendant:
**LANCIUM LLC**

Received by Katherine Mitchell on the 18th day of May, 2023 at 3:58 pm to be served on **LANCIUM LLC c/o it's Registered Agent REGISTERED AGENTS INC., 5900 Balcones Drive, Suite 100, Austin, Travis County, TX 78731**.

I, Katherine Mitchell, being duly sworn, depose and say that on the **19th day of May, 2023 at 2:05 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action, Complaint for Declaratory Judgment; Exhibit A; Exhibit B; Exhibit C; Civil Cover Sheet; Plaintiff OBM's Corporate Disclosure Statement** with the date and hour of service endorsed thereon by me, to: **Brittany Buzzbee** as **Registered Agent** at the address of: **5900 Balcones Drive, Suite 100, Austin, Travis County, TX 78731** on behalf of **LANCIUM LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 19th day of May, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

EMMANUEL F MORALES
Notary ID #130508182
My Commission Expires
January 22, 2024

Katherine Mitchell
PSC# 20586 Exp 01/31/2024

Court Records Research
P.O. Box 3796
Houston, TX 77253
(713) 227-3353

Our Job Serial Number: EFM-2023000216
Ref: 2023.05.757545

MAY 24 2023 PM12:19
USDC SDTX RCVD

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| OBM, INC. | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:23-cv-1798 |
| Lancium LLC | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Lancium LLC
    c/o its regsitered agent Registered Agents Inc.
    5900 Balcones Drive, Suite 100
    Austin, Texas 78731

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Rodney R. Miller
    Womble Bond Dickinson (US) LLP
    271 17th Street, NW, Suite 2400
    Atlanta, GA 30363
    Telephone: (404) 888-7366
    Email: rodney.miller@wbd-us.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: May 17, 2023

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*

USDC SDTX RCVD
MAY 24 2023 PM 1:19

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23cv1798

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: