| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-01798 |
|---|---|---|---|

OBM, INC.

*versus*

LANCIUM LLC

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Preston H. Heard<br>Womble Bond Dickinson (US) LLP<br>271 17th Street, NW, Suite 2400<br>Atlanta, GA 30363<br>Tel: (404) 888-7366<br>Email: Preston.Heard@wbd-us.com<br>Georgia / 476319 |
|---|---|

| Name of party applicant seeks to appear for: | OBM, INC. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/1/2023 | Signed: | /s/ Preston H. Heard |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                             United States District Judge