UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-01798 |
|---|---|---|---|

| OBM, INC. |
|---|
| *versus* |
| LANCIUM LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrew Beverina<br>Womble Bond Dickinson (US) LLP<br>2001 K Street, NW, Suite 400 South<br>Washington, DC 20006<br>Tel: (202) 857-4411<br>Email: Andrew.Beverina@wbd-us.com<br>Washington, DC / 464897 |
|---|---|

| Name of party applicant seeks to appear for: | OBM, INC. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/1/2023 | Signed: | */s/ Andrew Beverina* |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**        **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                                            United States District Judge