**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| OBM, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 4:23-cv-01798 |
| | ) | |
| v. | ) | |
| | ) | |
| LANCIUM LLC, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## DEFENDANT'S NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Daniel A. Valezuela, enters an appearance in this matter as counsel on behalf of Lancium LLC, in the matter above. The undersigned may be reached as follows:

> Daniel A. Valenzuela
> dvalenzuela@btlaw.com
> Barnes & Thornburg LLP
> 2121 N. Pearl Street, Suite 700
> Dallas, Texas 75201
> Phone: (214) 258-4200
> Fax: (214) 258-4199

Dated: June 5, 2023

Respectfully submitted,

**BARNES & THORNBURG LLP**

By: */s/ Daniel A. Valenzuela*
Daniel A. Valenzuela (Texas Bar No. 24067918)
Barnes & Thornburg LLP
2121 N. Pearl Street, Suite 700
Dallas, Texas 75201
Phone: (214) 258-4200
Fax: (214) 258-4199
dvalenzuela@btlaw.com

*Attorney-in-Charge for Defendant Lancium LLC*

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 5, 2023, I electronically filed **DEFENDANT'S NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following:

<u>Via ECF</u>
Rodney R. Miller
Womble Bond Dickinson (US) LLP
271 17th Street, NW
Suite 2400
Atlanta, GA 30363
Rodney.miller@wbd-us.com

                                                                                          */s/ Daniel A. Valenzuela*
                                                                                         Daniel A. Valenzuela