| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | |
|---|---|---|---|
| | | | |

*versus*

| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | |

| Name of party applicant seeks to appear for: | |

Has applicant been sanctioned by any bar association or court?   Yes _____   No _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | Signed: |

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

_____
United States District Judge

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, I electronically filed **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following:

*Via ECF*
Rodney R. Miller
Womble Bond Dickinson (US) LLP
271 17th Street, NW
Suite 2400
Atlanta, GA 30363
Rodney.miller@wbd-us.com

    */s/ Craig D. Leavell*
    Craig D. Leavell