United States District Court
Southern District of Texas

**ENTERED**
June 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　　　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-01798 |
|---|---|---|---|

OBM, INC.

*versus*

LANCIUM LLC

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Preston H. Heard<br>Womble Bond Dickinson (US) LLP<br>271 17th Street, NW, Suite 2400<br>Atlanta, GA 30363<br>Tel: (404) 888-7366<br>Email: Preston.Heard@wbd-us.com<br>Georgia / 476319 |
|---|---|

| Name of party applicant seeks to appear for: | OBM, INC. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/1/2023 | Signed: | /s/ Preston H. Heard |
|---|---|---|

The state bar reports that the applicant's status is:   Active

| Dated: 6/3/2023 | Clerk's signature | /s/ Isir Said |
|---|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: June 3, 2023

_____
United States District Judge