United States District Court
Southern District of Texas

**ENTERED**
June 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-01798 |
|---|---|---|---|

| OBM, INC. |
|---|
| *versus* |
| LANCIUM LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrew Beverina<br>Womble Bond Dickinson (US) LLP<br>2001 K Street, NW, Suite 400 South<br>Washington, DC 20006<br>Tel: (202) 857-4411<br>Email: Andrew.Beverina@wbd-us.com<br>Washington, DC / 464897 |
|---|---|

| Name of party applicant seeks to appear for: | OBM, INC. |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/1/2023 | Signed: | /s/ Andrew Beverina |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 6/3/2023 | Clerk's signature  /s/ Isir Said |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: June 3, 2023

United States District Judge