United States District Court
Southern District of Texas

**ENTERED**
June 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-01798 |
|---|---|---|---|

| OBM, INC. |
|---|
| *versus* |
| LANCIUM LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | James Dority<br>Womble Bond Dickinson (US) LLP<br>550 South Main St., Suite 400<br>Greenville, SC 29601<br>Tel: (864) 255-5412<br>Email: James.Dority@wbd-us.com<br>South Carolina / 104627 |
|---|---|

| Name of party applicant seeks to appear for: | OBM, INC. |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/1/2023 | Signed: | */s/ James Dority* |
|---|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 6/3/2023 | Clerk's signature | /s/ Isir Said |
|---|---|---|

### Order

Dated: June 3, 2023

This lawyer is admitted *pro hac vice*.

_____
United States District Judge