IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OBM, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 4:23-cv-01798 |
| | ) | |
| v. | ) | |
| | ) | |
| LANCIUM LLC, | ) | Hon. Keith P. Ellison |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

# **ORDER**

On this day came on for consideration Defendant Lancium LLC's Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1), and the Court finds that said Motion is for good cause shown herein, is in the interests of justice, and should therefore be GRANTED.

It is ORDERED, ADJUDGE AND DECREED that Defendant Lancium LLC, and all claims asserted against Defendant Lancium LLC in this action, are hereby dismissed with prejudice and without costs against Defendant Lancium LLC.

SIGNED and ENTERED this _____ day of _____, 2023.

_____
Hon. Keith P. Ellison
United States District Judge