United States District Court
Southern District of Texas

**ENTERED**
June 16, 2023

~~Nathan Ochsner, Clerk~~

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## <u>Motion and Order for Admission *Pro Hac Vice*</u>

| Division | | Case Number | |
|---|---|---|---|
| | | | |

|  *versus* |
|---|

| | |
|---|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | |
|---|---|

| Name of party applicant seeks to appear for: | |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | Signed: |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated:   6/5/2023 | Clerk's signature   /s/ Isir Said |

| **Order** |
|---|

Dated: _____

**This lawyer is admitted *pro hac vice*.**

United States District Judge