United States District Court
Southern District of Texas

**ENTERED**
June 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | |
|---|---|---|---|
| | | | |
| *versus* | | | |
| | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | |

| Name of party applicant seeks to appear for: | |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | Signed: |
|---|---|

| The state bar reports that the applicant's status is: | Active | |
|---|---|---|
| Dated: | Clerk's signature | /s/ Isir Said |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, I electronically filed **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following:

*Via ECF*
Rodney R. Miller
Womble Bond Dickinson (US) LLP
271 17th Street, NW
Suite 2400
Atlanta, GA 30363
Rodney.miller@wbd-us.com

*/s/ Bruce H. Ratain*
Bruce H. Ratain