IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OBM, INC., | |
| Plaintiff, | Civil Action No: 4:23-cv-01798 |
| v. | **JURY TRIAL DEMANDED** |
| LANCIUM LLC, | |
| Defendant. | |

**ORDER DENYING DEFENDANT LANCIUM LLC'S MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER / DECLARATORY JUDGMENT JURISDICTION**

Before the Court is Defendant Lancium LLC's Motion to Dismiss for Lack of Subject Matter / Declaratory Judgment Jurisdiction (Dkt. 17, "Motion to Dismiss"). After careful consideration, the Court finds that the Motion to Dismiss should be and hereby is **DENIED**, it is therefore,

ORDERED, ADJUDGED and DECREED that Defendant Lancium LLC's Motion to Dismiss for Lack of Subject Matter / Declaratory Judgment Jurisdiction is hereby **DENIED**.

SIGNED this _____ day of _____, 2023.

_____
Hon. Keith P. Ellison
United States District Judge