# EXHIBIT 1





**Approachable, yet candid in his counsel, Kurt Rohde provides an objective analysis of the issues tied to his clients' intellectual property assets and best courses of action. In particular, with over 14 years focused in complex patent litigation and large patent portfolio management, Kurt regularly serves as patent trial counsel for multibillion dollar corporations.**

Kurt helps his clients keep the bigger picture at the forefront by advising on obtaining, evaluating, and enforcing their critical IP assets via litigation, patent management, and patent prosecution.

As a veteran negotiator in general and with opposing counsel, Kurt serves as a regular point-of-contact for senior in-house counsel and local district counsel regarding strategy, case development and cost management. He guides his clients, most of which are bicoastal with international IP interests, toward pragmatic solutions, while acting as an aggressive ally.

With a degree in chemical engineering and nearly a decade of work experience in industrial machine design before practicing law, Kurt brings significant engineering knowledge and skills in aerospace, electronics, fabrication, industrial manufacturing, injection molding, machine design, tooling, and as well as software design and development, to his clients.

Because much of Kurt's work is international, he has developed strong relationships with attorneys around the globe, enabling him to leverage the right resources to help clients protect their IP interests and aspirations.

## Patent and Trademark Prosecution and Portfolio Management

Kurt's patent practice includes overseeing domestic and international patent and trademark prosecution, licensing, rights management, joint development agreements, and overall portfolio management for large multinational clients. He regularly works with clients' internal teams to promote early and effective identification and patenting of key inventions.

# Kurt W. Rohde

## Partner

One N. Wacker Drive
Suite 4400
Chicago, IL 60606-2833

P 312-214-4505
F 312-759-5646
Kurt.Rohde@btlaw.com

### EDUCATION

Northwestern University School of Law, (J.D.), 2006

Auburn University, (B.S.), chemical engineering, summa cum laude, 1995

### BAR ADMISSIONS

Illinois

U.S. Patent and Trademark Office

### COURT ADMISSIONS

U.S. Court of Appeals for the Federal Circuit

U.S. District Court for the Northern District of Illinois

U.S. District Court for the Northern District of California

U.S. District Court for the Southern District of New York

U.S. District Court for the Southern District of Indiana

### LANGUAGES

English

### PRACTICES

Intellectual Property

### INDUSTRIES

Fintech

His portfolio experience includes directly managing international patent portfolios for leading aeronautics, autonomous drone, energy, and technology companies, and his prosecution practice spans across many fields, including aircraft design and control, autonomous drones and vehicles, electronics, energy storage and distribution, EV charging and fleet logistics, industrial machines and plant design, power generation and management, robotics, semiconductors, sensor packages, software, and telecommunications.

## IP Litigation

Kurt has represented clients in intellectual property cases involving a wide array of technologies, including considerable experience in ANDA litigation.  His litigation practice includes not only significant trial experience with consistently favorable settlements and decisions, but also critical cost forecasting for clients. Additionally, Kurt consulted on the development of a litigation cost forecasting system for one of the world's largest pharmaceutical companies and has been repeatedly recognized by clients for his effective cost control in the face of voluminous discovery.

## IP Counseling

Increasingly, Kurt is called upon to provide IP counseling related to intellectual property in his work with startups, spinouts, and companies in Series B and C funding. He counsels on acquisition and protection of rights both internally and through acquisition.

Outside of work, Kurt has a passion for scuba diving around the world. He also enjoys creating small- and large-scale mechanical contraptions for nonprofit and theatrical organizations throughout the Chicago area. He is also an avid Arduino programmer, builder of custom PCs, and has been involved with cryptocurrencies, including mining, since before the bubble.

### Professional and Community Involvement

Member, Intellectual Property Owners Association

Former board member and collaborator, Redmoon Theater