# EXHIBIT 4

| | |
|---|---|
| **From:** | Daniel Lawrence <dan@obm.mn> |
| **Sent:** | Friday, January 6, 2023 1:27 PM |
| **To:** | ian.rock@lancium.com |
| **Cc:** | Brandon Greenfield |
| **Subject:** | Re: NDA |
| **Attachments:** | OBM Inc - Lanicum SOC 2 NDA.DOCX |

Hey Ian,

You're correct. Mostly because we don't have a contractual agreement with you all yet.

Since it's for SOC 2 purposes, the attached one should be all we need. Maybe a little easier this route.

Thanks,
Dan


On Thu, Jan 5, 2023 at 8:37 PM <ian.rock@lancium.com> wrote:
 I understood the original NDA was a requirement from Foreman side to provide SOC 1/2 reporting.

 Is this not the case?

 From the other side Dan, i am happy to set a preliminary call at your convenience.

 Ian

 Ian Rock
 Vice President IT Operations
 9950 Woodloch Forest Drive
 The Woodlands
 Texas 77380
 LANCIUM LLC
 713 839 5246


> On Jan 5, 2023, at 7:29 PM, Daniel Lawrence <dan@obm.mn> wrote:
>
> Hey guys,
>
> We just caught up with legal (sorry for the delay here - I've been out of commission for a bit, then the holidays).
>
> I was bringing them back up to speed and once I shared the context, they mentioned that an NDA might be premature. We are very comfortable exploring with you the basics of a potential business partnership without one. Before either of us disclose what we each view as confidential information, we should ensure there's enough alignment on what a potential partnership would

1

look like. Once we sense we're seeing customers, products and market opportunities the same way, then it makes total sense to enter into an NDA with strong mutual protections.

What we don't want to do is have either of us disclose or be put in a position by the other's disclosure of some knowledge which complicates what either of us are doing today or thinking about doing tomorrow. We expect that our initial conversation would be a general one regarding our views of the market and information we already know about each other to gauge the potential for a business relationship. During these preliminary conversations, we don't plan to disclose information that we deem to be confidential, and don't expect you to either. We are more than comfortable not having an NDA in effect to have this initial conversation.

If you would prefer that an NDA be in place, a revised one is attached. This NDA we view as temporary, allowing us to have the same conversation we're suggesting above, after which if we decide to proceed, we can enter into a more robust NDA. Our legal team took a look at the version that we initially sent you and edited it in the spirit of what I've outlined regarding our planning initial conversation. They have tweaked the NDA to document the measured steps we would take to ensure that both of us are comfortable with sharing any sensitive information before it is shared. To be fully open, we don't plan on sharing proprietary information until we have a sense that a partnership of some form with our two organizations makes sense.

Let us know how you want to approach our discussions. We can either do so after signing an NDA that addresses the preliminary nature of our meeting in the form attached, or we can simply meet without such an NDA and moderate what we disclose to each other until we're comfortable signing a more thorough NDA. It's really your call.

Thanks so much for the patience,
Dan


On Mon, Jan 2, 2023 at 7:50 PM Brandon Greenfield <brandon.greenfield@lancium.com> wrote:
> Hello Dan,
>
> Here is a copy of the NDA our legal team looked over. Please reach out if you have any questions or concerns.
>
>
> Regards,
>
> Brandon
>
>
>> On Mon, Jan 2, 2023 at 5:55 PM <ian.rock@lancium.com> wrote:
>> Hey Dan,
>>
>> As we discussed i am hoping we can get together soon. Do need to get the NDA closed out though.
>> You have that from Brandon.
>>
>> Can we close that then fix a get togther?

2

> Ian Rock
> Vice President IT Operations
> 9950 Woodloch Forest Drive
> The Woodlands
> Texas 77380
> LANCIUM LLC
> 713 839 5246
>
> **CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.
>
>
> --
> Daniel Lawrence
> CEO
> Foreman.mn - OBM, Inc.
> 1 N Haven Street, Suite 3
> Baltimore, MD 21224
> <OBM Inc - Form NDA - Mutual (LanciumRedlines9.29.22).DOCX>

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.


--
Daniel Lawrence
CEO
Foreman.mn - OBM, Inc.
1 N Haven Street, Suite 3
Baltimore, MD 21224