# EXHIBIT 5

| | |
|---|---|
| **From:** | Ian Rock <ian.rock@lancium.com> |
| **Sent:** | Monday, April 3, 2023 3:40 PM |
| **To:** | Dan Lawrence |
| **Subject:** | Fwd: Foreman and Lancium |

Dan,

I reached out again last week in an endeavour to see if we could get together to discuss Foreman and Lancium business. Hoping you can get back to me but in the meantime we will send a letter over to you.

Lancium is receptive to commercial opportunities for collaboration with Foreman
and is certainly keen to discuss this further.

Regards
Ian


---------- Forwarded message ---------
From: **Ian Rock** <ian.rock@lancium.com>
Date: Tue, Mar 28, 2023 at 10:12 AM
Subject: Foreman and Lancium
To: Dan Lawrence <dan@obm.mn>


Hey Dan,

It was great to talk to you at Digital Wildcatters.
When are you back in town? Really want to sit and discuss working together going forward. Great opportunity for us to work together.

Ian


--

Ian J Rock
Vice President IT Operations
**Lancium LLC**



**The Woodlands Towers**
**9950 Woodloch Forest Drive**
**The Woodlands**
**Texas 77380**
Email: ian.rock@lancium.com
Phone: 713 839 5246

1

--

Ian J Rock
Vice President IT Operations
**Lancium LLC**



**The Woodlands Towers**
**9950 Woodloch Forest Drive**
**The Woodlands**
**Texas 77380**
Email: ian.rock@lancium.com
Phone: 713 839 5246

2