# EXHIBIT 6

**Subject:**          Invitation: Dan & Michael  @ Wed Apr 5, 2023 3:30pm - 4pm (EDT) (dan@obm.mn)

**Start:**            Wed 4/5/2023 3:30 PM
**End:**              Wed 4/5/2023 4:00 PM
**Show Time As:**     Tentative

**Recurrence:**       (none)

**Organizer:**        michael.mcnamara@lancium.com

**When**

Wednesday Apr 5, 2023 · 3:30pm – 4pm (Eastern Time - New York)

**Guests**

michael.mcnamara@lancium.com - organizer
dan@obm.mn
**View all guest info**

**Reply** for dan@obm.mn

| Yes | No | Maybe |
|-----|-----|-------|
| More options | | |

**Join with Google Meet**

**Meeting link**

meet.google.com/zsm-oobm-mrt

**Join by phone**

(US) +1 260-638-0327
PIN: 584996266

**More phone numbers**

Invitation from Google Calendar

You are receiving this email because you are subscribed to calendar notifications. To stop receiving these emails, go to Calendar settings, select this calendar, and change "Other notifications".

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.