# EXHIBIT 7

| | |
|---|---|
| **From:** | Scott McFarland <scott.mcfarland@lancium.com> |
| **Sent:** | Tuesday, April 18, 2023 3:04 PM |
| **To:** | Daniel Lawrence |
| **Subject:** | Re: Lancium | Foreman |

You bet! Just sent.

Thank you!
Scott

**From:** Daniel Lawrence <dan@obm.mn>
**Date:** Tuesday, April 18, 2023 at 1:53 PM
**To:** Scott McFarland <scott.mcfarland@lancium.com>
**Cc:** ian.rock@lancium.com <ian.rock@lancium.com>
**Subject:** Re: Lancium | Foreman

Hi Scott,

Next Monday is perfect (11 - 12).  Can you possibly shoot over an invite?

Sorry in advance if I auto-reject.  Will accept once I see it (that's a "focus time" for me that I often cancel).

Thanks,
Dan

On Tue, Apr 18, 2023 at 2:40 PM Scott McFarland <scott.mcfarland@lancium.com> wrote:

> Hi Dan,
>
> Would you have time for a call with me next Monday the 24th between 11am-12pm central or 1pm-3pm central? It would be good for you and I to get an introductory meeting and we can catch up on the business conversation to organize our thoughts together.
>
> Let me know if any of those times work for a call and I will get us set on the calendar.
>
> Thank you,
>
> Scott

1

**From:** Daniel Lawrence <dan@obm.mn>
**Date:** Monday, April 17, 2023 at 6:17 PM
**To:** Scott McFarland <scott.mcfarland@lancium.com>
**Cc:** ian.rock@lancium.com <ian.rock@lancium.com>
**Subject:** Re: Lancium | Foreman

Hi Scott,

Welcome! And it's nice to meet you as well.

Looking forward to seeing what you guys have in mind. No rush at all.

Thanks,

Dan

On Mon, Apr 17, 2023 at 7:09 PM Scott McFarland <scott.mcfarland@lancium.com> wrote:

> Hi Dan,
>
> Sorry for the late response today. I just came onboard Lancium as the Chief Revenue Officer for the business a few weeks ago. It's very nice to meet you virtually.
>
> Ian is out on PTO and has spotty coverage. I wanted to let you know that I spoke with Michael a bit ago and he will be circling back with you later this week to discuss. I look forward to getting to meet you soon.
>
> Thank you,
>
> Scott
>
> **Scott McFarland**
>
> Chief Revenue Officer

2

Scott.McFarland@lancium.com

913.221.5108

*Have a plan. Write it down. Share it with someone that can help.*



**From:** ian.rock@lancium.com <ian.rock@lancium.com>
**Date:** Monday, April 17, 2023 at 11:25 AM
**To:** Scott McFarland <scott.mcfarland@lancium.com>
**Subject:** Fwd: Lancium | Foreman

Begin forwarded message:

> **From:** Daniel Lawrence <dan@obm.mn>
> **Date:** April 17, 2023 at 8:46:42 AM CDT
> **To:** Ian Rock <ian.rock@lancium.com>
> **Subject: Re: Lancium | Foreman**
>
> Hey Ian,
>
> I hope you had a great weekend!
>
> I wanted to touch base to see if you guys had a draft of those potential business terms yet.
>
> Looking forward to hearing from you.

3

Thanks,

Dan

On Tue, Apr 4, 2023 at 10:42 AM Ian Rock <ian.rock@lancium.com> wrote:

> Sent you an invite for 4pm.
>
> Thanks Dan, talk to you later.
>
> Ian
>
> On Tue, Apr 4, 2023 at 9:37 AM Daniel Lawrence <dan@obm.mn> wrote:
>
>> Ian,
>>
>> I appreciate the calendar flexibility.  Can we shoot for 4 PM central?
>>
>> Thanks,
>>
>> Dan
>>
>> On Tue, Apr 4, 2023 at 9:38 AM Ian Rock <ian.rock@lancium.com> wrote:
>>
>>> Hey Dan,
>>>
>>> I am good from !0:15 - 11am today or after 3PM central or pretty much anytime tomorrow.  Let me know and I will send an invite.
>>>
>>> Thanks
>>>
>>> Ian

4

> On Tue, Apr 4, 2023 at 8:12 AM Daniel Lawrence <dan@obm.mn> wrote:
>
> Ian,
>
> I received a letter from your law firm asking me to reach out to you to discuss commercial opportunities for collaboration. When can we talk?
>
> Thanks,
>
> Dan
>
> --
>
> Daniel Lawrence
>
> CEO
>
> Foreman.mn - OBM, Inc.
>
> 1 N Haven Street, Suite 3
>
> Baltimore, MD 21224

--

Ian J Rock

Vice President IT Operations

**Lancium LLC**

**Error! Filename not specified.**

**The Woodlands Towers**
**9950 Woodloch Forest Drive**

5

**The Woodlands**

**Texas 77380**

Email: ian.rock@lancium.com

Phone: 713 839 5246

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

--

Daniel Lawrence

CEO

Foreman.mn - OBM, Inc.

1 N Haven Street, Suite 3

Baltimore, MD 21224

--

Ian J Rock

Vice President IT Operations

**Lancium LLC**

**Error! Filename not specified.**

**The Woodlands Towers**

**9950 Woodloch Forest Drive**

**The Woodlands**

**Texas 77380**

Email: ian.rock@lancium.com

Phone: 713 839 5246

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

--

Daniel Lawrence

CEO

Foreman.mn - OBM, Inc.

1 N Haven Street, Suite 3

Baltimore, MD 21224

Error! Filename not specified.

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

--

Daniel Lawrence

CEO

> [Foreman.mn](Foreman.mn) - OBM, Inc.
>
> 1 N Haven Street, Suite 3
>
> Baltimore, MD 21224
>
> **CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

--
Daniel Lawrence
CEO
[Foreman.mn](Foreman.mn) - OBM, Inc.
1 N Haven Street, Suite 3
Baltimore, MD 21224

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.