# EXHIBIT 8

| | |
|---|---|
| **From:** | Google Calendar <calendar-notification@google.com> on behalf of scott.mcfarland@lancium.com |
| **Sent:** | Monday, April 24, 2023 12:30 PM |
| **To:** | dan@obm.mn |
| **Subject:** | Accepted: Meeting Reschedule @ Wed Apr 26, 2023 12pm - 12:30pm (EDT) (dan@obm.mn) |
| **Attachments:** | invite.ics |

**scott.mcfarland@lancium.com has accepted this invitation.**

**When**
Wednesday Apr 26, 2023 · 12pm – 12:30pm (Eastern
Time - New York)

**Guests**
dan@obm.mn - organizer
scott.mcfarland@lancium.com
**View all guest info**

**Join with Google Meet**

**Meeting link**
meet.google.com/xpb-drsq-fnw

**Join by phone**
(US) +1 304-802-4612
PIN: 794041026

**More phone numbers**

Invitation from Google Calendar

You are receiving this email because you are subscribed to calendar notifications. To stop receiving these emails, go to
Calendar settings, select this calendar, and change "Other notifications".

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite
others regardless of their own invitation status, or modify your RSVP. Learn more

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to
be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized
representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email
and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error,
please immediately notify the sender by return email and delete this email from your system.