# EXHIBIT 9

| | |
|---|---|
| **From:** | Scott McFarland <scott.mcfarland@lancium.com> |
| **Sent:** | Tuesday, May 02, 2023 10:26 AM |
| **To:** | Daniel Lawrence |
| **Subject:** | Re: THANK YOU and follow-up |

Awesome! Sent you an invite. And of course… I got the auto-decline… LOL!

I also am planning on getting you some additional thoughts prior to Miami.

Thx,
Scott

---

**From:** Daniel Lawrence <dan@obm.mn>
**Date:** Monday, May 1, 2023 at 7:14 PM
**To:** Scott McFarland <scott.mcfarland@lancium.com>
**Subject:** Re: THANK YOU and follow-up

Hey Scott,

Sounds great.  Grabbing a drink at BTC 2023 sounds like a good plan.

Thanks,
Dan

On Wed, Apr 26, 2023 at 5:49 PM Scott McFarland <scott.mcfarland@lancium.com> wrote:

> Dan,
>
> Thank you again for the time earlier today and the transparent conversation. Very help and productive.
>
> I do believe we should continue to expand on our conversation and opportunity potential together. I'm in Houston next week for meetings and then DC World the next week in Austin. The following week is Bitcoin 2023. Perhaps we could plan to meet as an in-person follow-up at the conference and have happy hour. We could discuss some partner opportunities more deeply over a beer. Would you have time on Thursday, May 18th to plan to have a beer somewhere close to the convention center?
>
> In the meantime, I will spend some more time on some potential options for us and maybe share some high-level ideas ahead of time if you wouldn't mind doing the same.

Thank you,

Scott


**Scott McFarland**

Chief Revenue Officer

Scott.McFarland@lancium.com

913.221.5108

*Have a plan. Write it down. Share it with someone that can help.*



**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.


--
Daniel Lawrence
CEO
Foreman.mn - OBM, Inc.
1 N Haven Street, Suite 3
Baltimore, MD 21224


**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.