# EXHIBIT 11

| | |
|---|---|
| **From:** | Daniel Lawrence <dan@obm.mn> |
| **Sent:** | Monday, May 08, 2023 11:59 AM |
| **To:** | Scott McFarland |
| **Subject:** | Re: Lancium follow-up |

Sounds good.  The time you sent over works fine.

Thanks,
Dan

On Mon, May 8, 2023 at 11:40 AM Scott McFarland <scott.mcfarland@lancium.com> wrote:

> How about I buzz your cell tomorrow morning at 9:30AM CT / 10:30AM ET for 15 minutes? I may be a a minute or two late just depending upon how long the opening session goes tomorrow but can shoot you a text ahead of the call if that is, ok?
>
> Thx,
>
> Scott
>
> **From:** Daniel Lawrence <dan@obm.mn>
> **Date:** Monday, May 8, 2023 at 8:02 AM
> **To:** Scott McFarland <scott.mcfarland@lancium.com>
> **Subject:** Re: Lancium follow-up
>
> Hey Scott,
>
> Sounds great.  Hopefully you're able to enjoy DC World!
>
> I'm a bit tied up today.  Could we get something on the calendar for tomorrow?  I'm free before 11 AM EDT, and also free from 3 PM EDT and on.
>
> Thanks,

Dan

On Sat, May 6, 2023 at 3:19 PM Scott McFarland <scott.mcfarland@lancium.com> wrote:

Hi Dan,

I had more time to think about some possible terms in relation to a partnership and have reviewed those with Michael and Ali. Before I draft up any slides or a document around them, I wanted to give you a call and discuss directly with you so you have some idea of numbers and potential.

I'll be in Austin on Monday for the DC World conference but can give you a call on a break to get your feedback before sending anything over.

Would that be ok?

Thank you,

Scott

**Scott McFarland**

Chief Revenue Officer

Scott.McFarland@lancium.com

913.221.5108

*Have a plan. Write it down. Share it with someone that can help.*

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

--

Daniel Lawrence

CEO

[Foreman.mn](Foreman.mn) - OBM, Inc.

1 N Haven Street, Suite 3

Baltimore, MD 21224

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

--
Daniel Lawrence
CEO
[Foreman.mn](Foreman.mn) - OBM, Inc.
1 N Haven Street, Suite 3
Baltimore, MD 21224