# EXHIBIT 12

**From:** Scott McFarland <scott.mcfarland@lancium.com>
**Sent:** Tuesday, May 9, 2023 10:57 PM
**To:** Daniel Lawrence
**Subject:** Re: Lancium NDA

Dan,

I totally understand. Just whenever you can get back with it will be good. Then I'll send over some notes from what we talked about today and we can move the ball forward.

Do you want to keep the call on Thursday for now or wait until after you've gotten this reviewed?

Thanks,
Scott

Sent from my iPhone

On May 9, 2023, at 8:50 PM, Daniel Lawrence <dan@obm.mn> wrote:


Hi Scott,

Received! I will float this over to legal and get some eyes on it.

FYI, I'm traveling Wednesday and Thursday, so any business points might not get any cycles until we head into the weekend.

Thanks,
Dan

On Tue, May 9, 2023 at 5:58 PM Scott McFarland <scott.mcfarland@lancium.com> wrote:

Dan,


After our conversation this morning, it was brought to my attention that we don't have a current NDA in place between Foreman and Lancium. Attached is our standard NDA. Could you execute this and then I can send over the points from our conversation earlier today.


Give me a shout on my cell if there are any issues. I flying out of Austin here in a few.


Thank you,

1

Scott

**Scott McFarland**

Chief Revenue Officer

Scott.McFarland@lancium.com

913.221.5108

*Have a plan. Write it down. Share it with someone that can help.*

<image001.jpg>

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

--
Daniel Lawrence
CEO
Foreman.mn - OBM, Inc.
1 N Haven Street, Suite 3
Baltimore, MD 21224