**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

## HOUSTON DIVISION

OBM, Inc.
   *Plaintiff(s),*

v.                                                    Case No. 4:23−cv−01798

Lancium LLC
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Motion Hearing**
RE: Motion to Dismiss − #17

DATE:    **9/8/2023**

TIME:   **11:30 AM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN−PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                Date: August 31, 2023

By Deputy Clerk, A. Rivera