United States District Court
Southern District of Texas
**ENTERED**
September 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **OBM, Inc.,** | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-01798 |
| **Lancium LLC,** | § § | |
| Defendant. | § § § | |

## FINAL JUDGMENT

Plaintiff OBM, Inc. brought this suit against Lancium LLC, seeking a declaratory judgment. Defendant filed a Motion to Dismiss (ECF No. 17). On September 14, 2023, the Court granted Defendant's Motion to Dismiss with Prejudice.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendants. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 14th day of September, 2023.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE