1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
2                         HOUSTON DIVISION

3     ******************************************************************

4     OBM, INC.                        4:23-CV-01798

5
      VS.                              HOUSTON, TEXAS
6

7     LANCIUM LLC                      SEPTEMBER 14, 2023

8
      ******************************************************************
9
                TRANSCRIPT OF MOTION HEARING PROCEEDINGS
10          HEARD BEFORE THE HONORABLE KEITH P. ELLISON
                   UNITED STATES DISTRICT JUDGE
11
      ******************************************************************
12

13    APPEARANCES:

14    FOR THE PLAINTIFF:          MR. RODNEY R. MILLER
                                  MR. PRESTON H. HEARD
15                                Womble Bond Dickinson (US) LLP
                                  271 17th Street, NW
16                                Suite 2400
                                  Atlanta, Georgia 30363
17
                                  MR. JAMES E. DORITY
18                                Womble Bond Dickinson (US) LLP
                                  550 South Main Street
19                                Suite 400
                                  Greenville, SC 29601
20
                                  MR. ANDREW BEVERINA
21                                Womble Bond Dickinson (US) LLP
                                  2001 K Street NW
22                                Suite 400 South
                                  Washington, DC 20006
23

24
             Proceedings recorded by mechanical stenography,
25    transcript produced via computer.

```
1    FOR THE DEFENDANT:              MR. CRAIG D. LEAVELL
                                     MR. BRUCE H. RATAIN
2                                    Barnes & Thornburg LLP
                                     One North Wacker Drive
3                                    Suite 4400
                                     Chicago, Illinois 60606-2833
4

5                                    MR. DANIEL ANTHONY VALENZUELA
                                     Barnes & Thornburg LLP
6                                    2121 North Pearl Street
                                     Suite 700
7                                    Dallas, Texas 75201

8

9    Official Court Reporter:        Lanie M. Smith, CSR, RMR, CRR
                                     Official Court Reporter
10                                   United States District Court
                                     Southern District of Texas
11                                   515 Rusk
                                     Room 8004
12                                   Houston, Texas 77002

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**P R O C E E D I N G S**

THE COURT:  Good afternoon and welcome.  We're on the record in OBM versus Lancium.  This is Keith Ellison.

We'll take appearances of counsel beginning with OBM, please.

MR. MILLER:  Thank you, Your Honor.  Good afternoon, Your Honor.  This is Rodney Miller of Womble Bond Dickinson on behalf of OBM, and I also have on the line Preston Heard, James Dority and Andrew Beverina.

THE COURT:  Welcome to all of you.

For defendant?

MR. VALENZUELA:  Good afternoon, Your Honor.  This is Daniel Valenzuela with Barnes & Thornburg and with me on the line will be Craig Leavell and also Bruce Ratain from Barnes & Thornburg as well.

THE COURT:  Welcome to all of you, too.

Okay.  We're here on defendant's motion to dismiss.  You can assume I've read the papers.

Would you like to add to what's in the papers on your motion to dismiss?

MR. LEAVELL:  Your Honor, on behalf of Lancium, we're happy to answer any questions.  I'll briefly step through a couple of key points if you don't mind.

THE COURT:  That's fine.

MR. LEAVELL:  Great.

1  Well, first of all, as it's clear and OBM doesn't

2  dispute, it is OBM's burden to establish that there's

3  declaratory judgment or subject matter jurisdiction for their

4  complaint; and the standard, we agree, is set forth in the

03:31PM 5  *MedImmune* case, which requires a substantial controversy of

6  sufficient immediacy and reality to warrant the Court's

7  involvement for a declaratory judgment.  And that analysis has

8  to be based on objective facts, not subjective fears by an

9  unreasonable declaratory judgment.

03:32PM 10  And here, based on OBM's papers, if their fear

11  was, in fact, genuine, it was entirely unreasonable under the

12  entirety of the circumstances.  There was no allegation of

13  infringement of any particular patent, much less the patent at

14  issue and there was absolutely no threat of litigation at all,

03:32PM 15  much less an immediate or imminent threat of litigation.

16  There is one letter in which Lancium discussed

17  its patents, but there are a lot of reasons for patent owners

18  to be proud of their patents, to promote their patents; and if

19  you're a small company like Lancium that's looking to secure

03:33PM 20  lucrative collaborative arrangements with other small

21  companies, patents are important.  They're an indication that

22  you're an innovative company and that you're worthy of

23  collaborating with.

24  And the letter that Lancium sent on its face very

03:33PM 25  clearly talks about the desire to continue the collaboration

1   that the parties have been discussing for at least 18 months,

2   if not two years at that point.

3          And the objective contemporaneous documents --

4   and there's a lot of e-mails and a lot of text messages

03:33PM  5   submitted by both sides -- show honest interest in a

6   collaborative effort between the parties to make money and

7   there was money to be made, a lot more money than is going to

8   be made through a lawsuit and especially once lawyers' fees and

9   litigation is involved.

03:34PM  10          Simply put, Lancium was only interested in a

11   collaborative agreement where the parties could make money and

12   right up to the day -- two days before the lawsuit was filed

13   and the week, the two weeks leading up to the lawsuit, which

14   was filed by surprise, even OBM's CEO, Mr. Lawrence admits in

03:34PM  15   his declaration that he was agreeing to meetings, he was

16   promising to get back and to have deliverables such as

17   nondisclosure agreements to continue the business discussions

18   and he was encouraging Lancium to continue to explore a

19   business relationship.  And those communications were taking

03:34PM  20   place right up to two days before the lawsuit was filed.

21          And there's case law we cite in our brief, the

22   *Communications Test Design* case, and there are others, that

23   make it very clear that you can't pretend to be continuing

24   business discussions.  You can't be promising to meet to

03:35PM  25   further those discussions and promising to deliver further

1    information in furtherance of that collaboration and then file

2    a DJ complaint and pull the rug out from under those

3    discussions.

4              There are cases that -- where the declaratory

03:35PM  5    judgment plaintiff argued and the court found that those

6    discussions were futile and there was no further need for any

7    discussions.  But the cases are clear and the cases cited by

8    OBM are in the context of ongoing licensing or settlement

9    discussions.

03:35PM  10             It's true that if two parties are talking about

11   infringement with clear allegations of infringement and they've

12   been negotiating over a license agreement for months or weeks

13   or a settlement terms for that patent infringement allegation,

14   then, yes, of course at some point if those discussions become

03:36PM  15   futile, then either party is entitled to run in to court and

16   seek the Court's assistance; however, that's not what was going

17   on here.

18             The parties' own documents show they were not

19   talking about license agreements or settlement agreements.

03:36PM  20   Those were never discussed.  They were talking about a business

21   proposal.  And those business discussions were not futile, they

22   were ongoing the week before the lawsuit was filed.  The

23   parties were talking about their weekends and what they did.

24   They were talking about excitement over the opportunity.  And

03:36PM  25   even Lancium's or OBM's own CEO says that the type of

1    arrangement that was being discussed would not cause him any

2    indigestion.

3            Those are the contemporaneous objective facts

4    that are shown by the documents themselves that have been put

03:37PM  5    into the record.  And even the declarations by Mr. Lawrence

6    admit that he was in discussions and was encouraging further

7    discussions right up to the days before the lawsuit was filed.

8            THE COURT:  Okay.  Thank you very much.

9            Let me hear from the other side.

03:37PM 10            MR. MILLER:  Good afternoon again, Your Honor.

11    Rodney Miller here on behalf of OBM.

12            As stated in OBM's declaratory judgment action

13    and also reiterated multiple times in our briefing, Lancium is,

14    to us, mischaracterizing the business -- alleged business --

03:37PM 15    ongoing business discussions that they're alleging took place

16    between the parties.  And based on -- I'm going through the --

17    based on the objective factors that I'm going to discuss and

18    the totality of circumstances, it is truly our position that we

19    are at a crossroads and we need some type of resolution from

03:38PM 20    the Court in order for our client to safely move forward

21    with --

22            THE COURT:  What points have you not reached resolution

23    or reached some kind of comfort?

24            MR. MILLER:  So in November -- that's one of the issues

03:38PM 25    that we have going on.  November the 12th, Mr. Lawrence, he

1   provided a declaration and he's adamant that Lancium -- during

2   the discussions, Lancium stated that his customers could be

3   infringing the Lancium patents.  And that was the true start of

4   what -- the back-and-forth between the two parties.

03:39PM 5   And after that -- after that conversation,

6   Mr. Lawrence immediately called his counsel, he called his

7   attorneys.  He called us over at Womble.  And after that,

8   Mr. Lawrence, as discussed in his declaration, was having

9   conversations with Lancium.  But in those conversations, he was

03:39PM 10   basically trying to prevent what we have going on right now.

11   And what happened?  After Lancium -- Lancium

12   reached out to him multiple times and for two or three

13   different occasions, Mr. Lawrence did not respond and on

14   April the 3rd, he then receives a letter -- a letter not from a

03:40PM 15   lawyer who wants to discuss business terms, not from some

16   corporate attorney, he receives a letter from litigation

17   counsel -- IP litigation counsel.

18   And in that letter, they identify the Foreman

19   software, my client's product; they say that that product could

03:40PM 20   relate to Lancium's patents; and then they include in an

21   attachment the patent.

22   And in our briefing on top of -- due to prior

23   conversations, in our briefing we just wanted to point the

24   judge back to *Hewlett-Packard versus Acceleron.*

03:40PM 25   What's very interesting in that letter -- the

1    attorneys were really great at drafting the letter and not

2    using certain magic words or specifically stating, hey, you

3    infringed, but they do present -- again, present the patent;

4    they compare the patent to the product.

03:41PM  5        And what happens next?  My client is worried, as

6    stated in his declaration, he doesn't know what's going to

7    happen next.  So what does he do?  He reaches out to Lancium.

8    Per the instructions in the letter, he reaches out to Lancium

9    to try to discuss some type of business deal.  And in those

03:41PM  10   discussions, Lancium proposed terms and in those terms that

11   they proposed were from him -- they were unreasonable terms

12   because those terms would have prevented him from practicing in

13   the field that he wanted to practice in.

14        And that's where we are, Your Honor.  We have --

03:41PM  15   Lancium, they do a really good job of discussing or talking

16   about the small communications or the fact that my client tries

17   to be friendly and tries to be respectful, they somehow use

18   that as a way of ignoring the severity of what's going on,

19   ignoring the fact that their client has a history of suing

03:42PM  20   other companies as it relates to this patent; ignoring the fact

21   that they did, in fact, tell my client that his customers who

22   were using Foreman could be infringing; the fact that based

23   even on their briefing, that they have this belief that their

24   patent somehow covers this broad range of ERCOT Demand Response

03:42PM  25   CLR function standards that have been going on in Texas for a

1   number of years.  And they somehow, even through conversations

2   with my client, they've had a history of trying to corner that

3   market.  So --

4       THE COURT:  Let's go through your individual

03:43PM   5   allegations.

6           You made the point that Lancium has filed two

7   infringement lawsuits against software companies, but hadn't it

8   been made clear in the cases that -- that prior lawsuits is not

9   generally one of the more telling indicia of a need for

03:43PM   10   declaratory judgment suit?  I think I have one case I'm

11   familiar with where I held that.

12       MR. MILLER:  Your Honor -- I'm sorry.

13       THE COURT:  Other declaratory judgments have had

14   extensive history of patent litigation with their adversaries

03:43PM   15   and here we're only talking about two lawsuits in three years,

16   right?

17       MR. MILLER:  That's correct, Your Honor.  But I say

18   from that, I look at the totality of the circumstances.  I look

19   at, as stated in our declaratory judgment action, these are --

03:44PM   20   the back-and-forth has been going on for quite some time.

21           So it is not just the -- we're not looking at the

22   litigation history of Lancium by itself.  We're looking at the

23   litigation history of Lancium, in addition to the letter that

24   was provided to him from litigation counsel, in addition to the

03:44PM   25   threat of his customers somehow potentially infringing the

1    Lancium patents that were stated in the meeting in November.

2        THE COURT:  And *Innovative Therapies* case, the Federal

3    Circuit said, quote, "Prior litigation is a circumstance to be

4    considered in assessing the totality of the circumstances," end

03:45PM  5    quote.

6            Infringement suits against other parties do not

7    establish declaratory judgment jurisdiction unless there's some

8    additional suit, threatening act, directed towards the

9    declaratory judgment plaintiff.

03:45PM  10           I just don't think 2020 and 2020 suits are

11   sufficient.

12           And there's a statement that Foreman could be

13   infringing.  The Federal Circuit in the same case said that

14   informal conversations where a patentee has not seen and

03:45PM  15   evaluated plaintiff's product for infringement do not

16   constitute a threat.

17           I think if we bring each one of these down,

18   they're all, I think, insufficient.  The totality might be

19   sufficient, but Lancium's letter to OBM identified the patent

03:46PM  20   in OBM's product line.  It doesn't really -- it didn't impose a

21   response deadline or included detailed infringement analysis or

22   use more aggressive language than that, did it?

23        MR. MILLER:  The letter -- I point you, again,

24   Your Honor, to the *HP versus Acceleron* case.  The letter was

03:46PM  25   drafted in a way where the letter asked the client to ask our

1   client -- if they said, hey, I understand my client -- quote,

2   "I understand my client has attempted to reach out to you

3   numerous times to discuss your software, but you have not

4   responded," end quote.

03:46PM  5        And the letter asked for my client to reach out

6   to Mr. Rock.  And when my client reached out to Mr. Rock,

7   Lancium -- they delayed discussions afterwards.

8        And after a month -- after a month of delay and

9   during that time Mr. Lawrence, my client, again, asked for them

03:47PM  10  to provide terms, they delayed more and then we ended up

11  having -- Womble -- we ended up having to send a letter on our

12  own a month later that stated that we did not infringe -- our

13  client did not infringe.

14       The next day or a few days thereafter, Lancium

03:47PM  15  did have another meeting with my client.  And during that

16  meeting, they stated that again they didn't want -- they didn't

17  want to have to -- I'm trying to get the exact quote from

18  here -- but they were trying to avoid litigation for both

19  parties.

03:48PM  20       THE COURT:  Lancium has been quiet for a while.

21  Anything you want to add?  Lancium, is there anything you would

22  like to add?

23       MR. LEAVELL:  Yes.  Thank you, Your Honor.  Just very

24  briefly, the *HP* case that they rely on heavily, the patent

03:48PM  25  owner in that case was a nonpracticing entity -- an entity who

1    solely existed for suing for patent infringement, had no other

2    business and that's all they did.

3            And their letter that they sent in the *HP* case

4    demanded a response in two weeks and had a very detailed

03:48PM  5    analysis of how the infringement occurred.

6            That's a very different letter.  That's very

7    different circumstances than the situation here where Lancium

8    is not a patent troll, they're not a nonpracticing entity,

9    they're not in the business of suing people.  They're in the

03:48PM  10   business of controlling data centers.

11           You're correct that the two prior suits -- two

12   suits in three years is not a lot; but if you look even deeper,

13   they're very different defendants, very different situations,

14   where there were numerous letters that Lancium sent with

03:49PM  15   detailed allegations that express an explicit allegation of

16   infringement and those letters were ignored for months before

17   Lancium had no choice but to sue those defendants.

18           Here, Lancium sent a letter without any threat,

19   without any allegation, with no analysis of infringement, no

03:49PM  20   deadline for a response, and an express invitation to continue

21   the collaboration discussions.

22           A month later -- it took OBM one month to respond

23   to that letter and say they had no intention of infringing our

24   patent.  That was their formal position.  And then they sued

03:49PM  25   two weeks later.  It took them a month to respond to our

letter.  They sent a letter, and then two weeks later filed
their lawsuit.

And without ever even -- all this concern, all
this fear -- I don't mean to be -- I don't mean to joke,
Your Honor; and this isn't really a joke, but it makes me think
of, you know, a couple that's just not communicating.

If OBM had these concerns and they were worried
about litigation threats, they could have said something and
Lancium could have explained exactly what they're thinking
which is no, no, no.  We want to collaborate.  Look at this
opportunity.  They never mentioned this to Lancium and to allow
them to run to Court and drag Lancium into court against its
will to spend perhaps millions of dollars to litigate a patent,
that Lancium had no intention of enforcing or filing a lawsuit
at this time is just -- because OBM couldn't speak up and say,
hey, what is this?  What do you mean?  Is there an issue?  Are
we going to partner, or are you going to sue us?

That's all they had to do is open a dialogue, and
they didn't.  It's a lack of communication, it's unreasonable,
and there's nothing that Lancium did under the totality of the
circumstances, under the controlling law can support the
jurisdiction.

And then finally I'll just mention that there is
a discretionary element.  I don't think it's a close case,
Your Honor; but if it is a close case, then the Court should

1  exercise its discretion because what the Court needs to

2  incentivize parties in this situation to do is to communicate

3  and work out these issues, not run to court.  It's clear from

4  Lancium's point of view -- and what looks like to Lancium is

03:51PM  5  OBM is on a mission to promote itself as some sort of

6  anti-patent savior and they've got funding behind them.

7  They've got petroleum companies that are paying for them to

8  challenge patents and Lancium patents and they want to position

9  themselves in the industry as some sort of white hat savior

03:52PM 10  against patents.

11          Well, patents are important and they go back to

12  the constitution.  And the balance that the constitution and

13  the patent laws strike is that the monopoly granted by patents

14  is to strike a balance to encourage that innovation and to

03:52PM 15  encourage research and development.  That's what Lancium has

16  done and this sort of trickery with the ongoing promises, the

17  discussions and promises of meetings only to file suit and pull

18  that under the rug is not something that should be encouraged

19  by the courts.

03:52PM 20          THE COURT:  Lancium says, "We're both trying to avoid

21  litigation."  That doesn't seem threatening.

22          You both make good arguments and I can tell

23  you're both very experienced in the field, but I'm afraid I

24  just don't see the predicate here for federal jurisdiction.

03:53PM 25          And it does seem like y'all have the potential to

1    resolve whatever your differences are.  With lawyers as skilled

2    as you guys and I'm sure possessed of substantial drafting

3    experience, I think you could work it out; but I'm going to

4    have to grant the motion to dismiss.

03:53PM    5              Thank you all very much.

6                   (The proceedings were adjourned.)

7                             *  *  *  *

8                       REPORTER'S CERTIFICATE

9              I, Lanie M. Smith, CSR, RMR, CRR, Official
     Court Reporter, United States District Court, Southern District
10   of Texas, do hereby certify that the foregoing is a true and
     correct transcript, to the best of my ability and
11   understanding, from the record of the proceedings in the
     above-entitled and numbered matter.

12

13                             ___/s/ Lanie M. Smith_____
                               Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

## /

**/s** [1] - 16:13

## 1

**12th** [1] - 7:25
**14** [1] - 1:7
**17th** [1] - 1:15
**18** [1] - 5:1

## 2

**20006** [1] - 1:22
**2001** [1] - 1:21
**2020** [2] - 11:10
**2023** [1] - 1:7
**2121** [1] - 2:6
**2400** [1] - 1:16
**271** [1] - 1:15
**29601** [1] - 1:19

## 3

**30363** [1] - 1:16
**3rd** [1] - 8:14

## 4

**400** [2] - 1:19, 1:22
**4400** [1] - 2:3
**4:23-CV-01798** [1] - 1:4

## 5

**515** [1] - 2:11
**550** [1] - 1:18

## 6

**60606-2833** [1] - 2:3

## 7

**700** [1] - 2:6
**75201** [1] - 2:7
**77002** [1] - 2:12

## 8

**8004** [1] - 2:11

## A

**a** [64] - 3:22, 4:5, 4:7, 4:17, 4:19, 5:4,
5:5, 5:7, 5:8, 5:10, 5:18, 6:2, 6:12, 6:13,
6:20, 7:19, 8:1, 8:14, 8:16, 9:15, 9:18,
9:19, 9:25, 10:2, 10:9, 11:3, 11:12,
11:14, 11:16, 11:20, 11:25, 12:8, 12:11,
12:12, 12:14, 12:20, 12:25, 13:4, 13:6,
13:8, 13:12, 13:18, 13:20, 13:22, 13:25,
14:1, 14:5, 14:6, 14:13, 14:14, 14:18,
14:19, 14:24, 14:25, 15:5, 15:14, 16:10
**ability** [1] - 16:10
**about** [9] - 4:25, 6:10, 6:19, 6:20, 6:23,
6:24, 9:16, 10:15, 14:8
**above** [1] - 16:11
**above-entitled** [1] - 16:11
**absolutely** [1] - 4:14
**Acceleron** [2] - 8:24, 11:24
**act** [1] - 11:8
**action** [2] - 7:12, 10:19
**adamant** [1] - 8:1
**add** [3] - 3:19, 12:21, 12:22
**addition** [2] - 10:23, 10:24
**additional** [1] - 11:8
**adjourned** [1] - 16:6
**admit** [1] - 7:6
**admits** [1] - 5:14
**adversaries** [1] - 10:14
**afraid** [1] - 15:23
**after** [6] - 8:5, 8:7, 8:11, 12:8
**afternoon** [4] - 3:2, 3:6, 3:12, 7:10
**afterwards** [1] - 12:7
**again** [5] - 7:10, 9:3, 11:23, 12:9, 12:16
**against** [4] - 10:7, 11:6, 14:12, 15:10
**aggressive** [1] - 11:22
**agree** [1] - 4:4
**agreeing** [1] - 5:15
**agreement** [2] - 5:11, 6:12
**agreements** [3] - 5:17, 6:19
**all** [10] - 3:10, 3:16, 4:1, 4:14, 11:18,
13:2, 14:3, 14:18, 16:5
**allegation** [4] - 4:12, 6:13, 13:15,
13:19
**allegations** [3] - 6:11, 10:5, 13:15
**alleged** [1] - 7:14
**alleging** [1] - 7:15
**allow** [1] - 14:11
**also** [3] - 3:8, 3:14, 7:13
**an** [9] - 4:8, 4:15, 4:21, 4:22, 8:20,
12:25, 13:15, 13:20, 14:16
**analysis** [4] - 4:7, 11:21, 13:5, 13:19
**And** [1] - 7:5
**and** [110] - 3:2, 3:8, 3:9, 3:13, 3:14,
4:1, 4:4, 4:6, 4:7, 4:10, 4:14, 4:18, 4:22,
4:24, 5:3, 5:4, 5:6, 5:8, 5:11, 5:13, 5:16,
5:18, 5:19, 5:21, 5:22, 5:25, 6:1, 6:2,
6:5, 6:6, 6:7, 6:11, 6:15, 6:21, 6:23,
6:24, 7:6, 7:13, 7:16, 7:17, 7:19, 8:1,
8:3, 8:4, 8:5, 8:7, 8:11, 8:12, 8:13, 8:18,
8:20, 8:22, 9:1, 9:5, 9:9, 9:10, 9:14,
9:17, 10:1, 10:15, 10:20, 11:2, 11:10,
11:12, 11:14, 12:5, 12:6, 12:8, 12:10,
12:15, 13:2, 13:3, 13:4, 13:16, 13:20,
13:23, 13:24, 14:1, 14:3, 14:5, 14:7,
14:8, 14:11, 14:12, 14:15, 14:18, 14:20,
14:23, 15:3, 15:4, 15:6, 15:8, 15:11,
15:12, 15:14, 15:15, 15:16, 15:17,
15:22, 15:25, 16:2, 16:10, 16:10, 16:11
**ANDREW** [1] - 1:20

**Andrew** - 3:9
**another** [1] - 12:15
**answer** [1] - 3:22
**ANTHONY** [1] - 2:5
**anti** [1] - 15:6
**anti-patent** [1] - 15:6
**any** [6] - 3:22, 4:13, 6:6, 7:1, 13:18,
13:19
**anything** [2] - 12:21
**appearances** [1] - 3:4
**APPEARANCES** [1] - 1:13
**April** [1] - 8:14
**are** [18] - 4:17, 4:21, 5:22, 6:4, 6:7, 6:8,
6:10, 7:3, 7:4, 7:19, 9:14, 10:19, 11:10,
14:16, 14:17, 15:7, 15:11, 16:1
**argued** [1] - 6:5
**arguments** [1] - 15:22
**arrangement** [1] - 7:1
**arrangements** [1] - 4:20
**as** [13] - 3:15, 4:1, 5:16, 7:12, 8:8, 9:5,
9:18, 9:20, 10:19, 15:5, 15:9, 16:1, 16:2
**ask** [1] - 11:25
**asked** [3] - 11:25, 12:5, 12:9
**assessing** [1] - 11:4
**assistance** [1] - 6:16
**assume** [1] - 3:18
**at** [14] - 4:13, 4:14, 5:1, 5:2, 6:14, 7:19,
8:7, 9:1, 10:18, 10:19, 10:21, 10:22,
14:10, 14:15
**Atlanta** [1] - 1:16
**attachment** [1] - 8:21
**attempted** [1] - 12:2
**attorney** [1] - 8:16
**attorneys** [2] - 8:7, 9:1
**avoid** [2] - 12:18, 15:20

## B

**back** [5] - 5:16, 8:4, 8:24, 10:20, 15:11
**back-and-forth** [2] - 8:4, 10:20
**balance** [2] - 15:12, 15:14
**Barnes** [4] - 2:2, 2:5, 3:13, 3:15
**based** [5] - 4:8, 4:10, 7:16, 7:17, 9:22
**basically** [1] - 8:10
**be** [16] - 3:14, 4:8, 4:18, 5:7, 5:8, 5:23,
5:24, 8:2, 9:17, 9:22, 11:3, 11:12,
11:18, 14:4, 15:18
**because** [3] - 9:12, 14:15, 15:1
**become** [1] - 6:14
**been** [7] - 5:1, 6:12, 7:4, 9:25, 10:8,
10:20, 12:20
**BEFORE** [1] - 1:10
**before** [5] - 5:12, 5:20, 6:22, 7:7, 13:16
**beginning** [1] - 3:4
**behalf** [3] - 3:8, 3:21, 7:11
**behind** [1] - 15:6
**being** [1] - 7:1
**belief** [1] - 9:23
**best** [1] - 16:10

**between** [3] - 5:6, 7:16, 8:4
**Beverina** [1] - 3:9
**BEVERINA** [1] - 1:20
**Bond** [4] - 1:15, 1:18, 1:21, 3:7
**both** [5] - 5:5, 12:18, 15:20, 15:22, 15:23
**brief** [1] - 5:21
**briefing** [4] - 7:13, 8:22, 8:23, 9:23
**briefly** [2] - 3:22, 12:24
**bring** [1] - 11:17
**broad** [1] - 9:24
**Bruce** [1] - 3:14
**BRUCE** [1] - 2:1
**burden** [1] - 4:2
**business** [13] - 5:17, 5:19, 5:24, 6:20, 6:21, 7:14, 7:15, 8:15, 9:9, 13:2, 13:9, 13:10
**but** [15] - 4:17, 6:7, 8:9, 9:3, 10:7, 10:17, 11:19, 12:3, 12:18, 13:12, 13:17, 14:5, 14:25, 15:23, 16:3
**by** [10] - 1:24, 4:8, 5:5, 5:14, 6:7, 7:4, 10:22, 15:13, 15:19

## C

**C** [1] - 3:1
**called** [3] - 8:6, 8:7
**can** [3] - 3:18, 14:21, 15:22
**can't** [2] - 5:23, 5:24
**case** [12] - 4:5, 5:21, 5:22, 10:10, 11:2, 11:13, 11:24, 12:24, 12:25, 13:3, 14:24, 14:25
**cases** [4] - 6:4, 6:7, 10:8
**cause** [1] - 7:1
**centers** [1] - 13:10
**CEO** [2] - 5:14, 6:25
**certain** [1] - 9:2
**CERTIFICATE** [1] - 16:8
**certify** [1] - 16:10
**challenge** [1] - 15:8
**Chicago** [1] - 2:3
**choice** [1] - 13:17
**Circuit** [2] - 11:3, 11:13
**circumstance** [1] - 11:3
**circumstances** [6] - 4:12, 7:18, 10:18, 11:4, 13:7, 14:21
**cite** [1] - 5:21
**cited** [1] - 6:7
**clear** [6] - 4:1, 5:23, 6:7, 6:11, 10:8, 15:3
**clearly** [1] - 4:25
**client** [15] - 7:20, 9:5, 9:16, 9:19, 9:21, 10:2, 11:25, 12:1, 12:2, 12:5, 12:6, 12:9, 12:13, 12:15
**client's** [1] - 8:19
**close** [2] - 14:24, 14:25
**CLR** [1] - 9:25
**collaborate** [1] - 14:10
**collaborating** [1] - 4:23

**collaboration** [3] - 4:25, 6:1, 13:21
**collaborative** [3] - 4:20, 5:6, 5:11
**comfort** [1] - 7:23
**communicate** [1] - 15:2
**communicating** [1] - 14:6
**communication** [1] - 14:19
**communications** [2] - 5:19, 9:16
**Communications** [1] - 5:22
**companies** [4] - 4:21, 9:20, 10:7, 15:7
**company** [2] - 4:19, 4:22
**compare** [1] - 9:4
**complaint** [2] - 4:4, 6:2
**computer** [1] - 1:25
**concern** [1] - 14:3
**concerns** [1] - 14:7
**considered** [1] - 11:4
**constitute** [1] - 11:16
**constitution** [2] - 15:12
**contemporaneous** [2] - 5:3, 7:3
**context** [1] - 6:8
**continue** [4] - 4:25, 5:17, 5:18, 13:20
**continuing** [1] - 5:23
**controlling** [2] - 13:10, 14:21
**controversy** [1] - 4:5
**conversation** [1] - 8:5
**conversations** [5] - 8:9, 8:23, 10:1, 11:14
**corner** [1] - 10:2
**corporate** [1] - 8:16
**correct** [3] - 10:17, 13:11, 16:10
**could** [8] - 5:11, 8:2, 8:19, 9:22, 11:12, 14:8, 14:9, 16:3
**couldn't** [1] - 14:15
**counsel** [5] - 3:4, 8:6, 8:17, 10:24
**couple** [2] - 3:23, 14:6
**course** [1] - 6:14
**Court** [10] - 2:9, 2:9, 2:10, 7:20, 14:12, 14:25, 15:1, 16:9, 16:13
**court** [4] - 6:5, 6:15, 14:12, 15:3
**COURT** [12] - 1:1, 3:2, 3:10, 3:16, 3:24, 7:8, 7:22, 10:4, 10:13, 11:2, 12:20, 15:20
**Court's** [2] - 4:6, 6:16
**courts** [1] - 15:19
**covers** [1] - 9:24
**Craig** [1] - 3:14
**CRAIG** [1] - 2:1
**crossroads** [1] - 7:19
**CRR** [2] - 2:9, 16:9
**CSR** [2] - 2:9, 16:9
**customers** [3] - 8:2, 9:21, 10:25

## D

**D** [2] - 2:1, 3:1
**Dallas** [1] - 2:7
**Daniel** [1] - 3:13
**DANIEL** [1] - 2:5
**data** [1] - 13:10

**day** [2] - 5:12, 12:14
**days** [4] - 5:12, 5:20, 7:7, 12:14
**DC** [1] - 1:22
**deadline** [2] - 11:21, 13:20
**deal** [1] - 9:9
**declaration** [4] - 5:15, 8:1, 8:8, 9:6
**declarations** [1] - 7:5
**declaratory** [10] - 4:3, 4:7, 4:9, 6:4, 7:12, 10:10, 10:13, 10:19, 11:7, 11:9
**deeper** [1] - 13:12
**defendant** [1] - 3:11
**DEFENDANT** [1] - 2:1
**defendant's** [1] - 3:17
**defendants** [2] - 13:13, 13:17
**delay** [1] - 12:8
**delayed** [2] - 12:7, 12:10
**deliver** [1] - 5:25
**deliverables** [1] - 5:16
**Demand** [1] - 9:24
**demanded** [1] - 13:4
**Design** [1] - 5:22
**desire** [1] - 4:25
**detailed** [3] - 11:21, 13:4, 13:15
**development** [1] - 15:15
**dialogue** [1] - 14:18
**Dickinson** [4] - 1:15, 1:18, 1:21, 3:7
**did** [9] - 6:23, 8:13, 9:21, 11:22, 12:12, 12:13, 12:15, 13:2, 14:20
**didn't** [4] - 11:20, 12:16, 14:19
**differences** [1] - 16:1
**different** [5] - 8:13, 13:6, 13:7, 13:13
**directed** [1] - 11:8
**discretion** [1] - 15:1
**discretionary** [1] - 14:24
**discuss** [4] - 7:17, 8:15, 9:9, 12:3
**discussed** [4] - 4:16, 6:20, 7:1, 8:8
**discussing** [2] - 5:1, 9:15
**discussions** [17] - 5:17, 5:24, 5:25, 6:3, 6:6, 6:7, 6:9, 6:14, 6:21, 7:6, 7:7, 7:15, 8:2, 9:10, 12:7, 13:21, 15:17
**dismiss** [3] - 3:18, 3:20, 16:4
**dispute** [1] - 4:2
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [4] - 2:10, 2:10, 16:9
**DIVISION** [1] - 1:2
**DJ** [1] - 6:2
**do** [9] - 9:3, 9:7, 9:15, 11:6, 11:15, 14:16, 14:18, 15:2, 16:10
**documents** [3] - 5:3, 6:18, 7:4
**does** [2] - 9:7, 15:25
**doesn't** [4] - 4:1, 9:6, 11:20, 15:21
**dollars** [1] - 14:13
**don't** [6] - 3:23, 11:10, 14:4, 14:24, 15:24
**done** [1] - 15:16
**DORITY** [1] - 1:17
**Dority** [1] - 3:9
**down** [1] - 11:17
**drafted** [1] - 11:25

**drafting** [2] - 9:1, 16:2
**drag** [1] - 14:12
**Drive** [1] - 2:2
**due** [1] - 8:22
**during** [3] - 8:1, 12:9, 12:15

## E

**e** [1] - 5:4
**E** [3] - 1:17, 3:1
**e-mails** [1] - 5:4
**each** [1] - 11:17
**effort** [1] - 5:6
**either** [1] - 6:15
**element** [1] - 14:24
**Ellison** [1] - 3:3
**ELLISON** [1] - 1:10
**encourage** [2] - 15:14, 15:15
**encouraged** [1] - 15:18
**encouraging** [2] - 5:18, 7:6
**end** [2] - 11:4, 12:4
**ended** [2] - 12:10, 12:11
**enforcing** [1] - 14:14
**entirely** [1] - 4:11
**entirety** [1] - 4:12
**entitled** [2] - 6:15, 16:11
**entity** [3] - 12:25, 13:8
**ERCOT** [1] - 9:24
**especially** [1] - 5:8
**establish** [2] - 4:2, 11:7
**evaluated** [1] - 11:15
**even** [7] - 5:14, 6:25, 7:5, 9:23, 10:1, 13:12, 14:3
**ever** [1] - 14:3
**exact** [1] - 12:17
**exactly** [1] - 14:9
**excitement** [1] - 6:24
**exercise** [1] - 15:1
**existed** [1] - 13:1
**experience** [1] - 16:3
**experienced** [1] - 15:23
**explained** [1] - 14:9
**explicit** [1] - 13:15
**explore** [1] - 5:18
**express** [2] - 13:15, 13:20
**extensive** [1] - 10:14

## F

**face** [1] - 4:24
**fact** [6] - 4:11, 9:16, 9:19, 9:20, 9:21, 9:22
**factors** [1] - 7:17
**facts** [2] - 4:8, 7:3
**familiar** [1] - 10:11
**fear** [2] - 4:10, 14:4
**fears** [1] - 4:8
**federal** [1] - 15:24
**Federal** [2] - 11:2, 11:13

**fees** [1] - 5:8
**few** [1] - 12:14
**field** [2] - 9:13, 15:23
**file** [2] - 6:1, 15:17
**filed** [7] - 5:12, 5:14, 5:20, 6:22, 7:7, 10:6, 14:1
**filing** [1] - 14:14
**finally** [1] - 14:23
**fine** [1] - 3:24
**first** [1] - 4:1
**FOR** [2] - 1:14, 2:1
**for** [24] - 3:11, 4:3, 4:7, 4:17, 5:1, 6:6, 6:12, 6:13, 7:20, 8:12, 9:25, 10:9, 10:20, 11:15, 12:5, 12:9, 12:18, 12:20, 13:1, 13:16, 13:20, 15:7, 15:24
**foregoing** [1] - 16:10
**Foreman** [3] - 8:18, 9:22, 11:12
**formal** [1] - 13:24
**forth** [3] - 4:4, 8:4, 10:20
**forward** [1] - 7:20
**found** [1] - 6:5
**friendly** [1] - 9:17
**from** [14] - 3:14, 6:2, 7:9, 7:19, 8:14, 8:15, 8:16, 9:11, 9:12, 10:18, 10:24, 12:17, 15:3, 16:11
**function** [1] - 9:25
**funding** [1] - 15:6
**further** [4] - 5:25, 6:6, 7:6
**furtherance** [1] - 6:1
**futile** [3] - 6:6, 6:15, 6:21

## G

**G** [1] - 3:1
**generally** [1] - 10:9
**genuine** [1] - 4:11
**Georgia** [1] - 1:16
**get** [2] - 5:16, 12:17
**go** [2] - 10:4, 15:11
**going** [13] - 5:7, 6:16, 7:16, 7:17, 7:25, 8:10, 9:6, 9:18, 9:25, 10:20, 14:17, 16:3
**good** [6] - 3:2, 3:6, 3:12, 7:10, 9:15, 15:22
**got** [2] - 15:6, 15:7
**grant** [1] - 16:4
**granted** [1] - 15:13
**great** [2] - 3:25, 9:1
**Greenville** [1] - 1:19
**guys** [1] - 16:2

## H

**H** [2] - 1:14, 2:1
**had** [9] - 10:2, 10:13, 13:1, 13:4, 13:17, 13:23, 14:7, 14:14, 14:18
**hadn't** [1] - 10:7
**happen** [1] - 9:7
**happened** [1] - 8:11
**happens** [1] - 9:5
**happy** [1] - 3:22

**has** [8] - 4:7, 9:19, 10:6, 10:20, 11:14, 12:2, 12:20, 15:15
**hat** [1] - 15:9
**have** [20] - 3:8, 5:1, 5:16, 7:4, 7:22, 7:25, 8:10, 9:12, 9:14, 9:23, 9:25, 10:10, 10:13, 12:3, 12:15, 12:17, 14:8, 14:9, 15:25, 16:4
**having** [3] - 8:8, 12:11
**he** [15] - 5:15, 5:18, 7:6, 7:25, 8:6, 8:7, 8:9, 8:14, 8:16, 9:6, 9:7, 9:8, 9:13
**he's** [1] - 8:1
**hear** [1] - 7:9
**HEARD** [2] - 1:10, 1:14
**Heard** [1] - 3:8
**HEARING** [1] - 1:9
**heavily** [1] - 12:24
**held** [1] - 10:11
**here** [9] - 3:17, 4:10, 6:17, 7:11, 10:15, 12:18, 13:7, 13:18, 15:24
**hereby** [1] - 16:10
**Hewlett** [1] - 8:24
**Hewlett-Packard** [1] - 8:24
**hey** [3] - 9:2, 12:1, 14:16
**him** [7] - 7:1, 8:12, 9:11, 9:12, 10:24
**his** [8] - 5:15, 8:2, 8:6, 8:8, 9:6, 9:21, 10:25
**history** [5] - 9:19, 10:2, 10:14, 10:22, 10:23
**honest** [1] - 5:5
**Honor** [12] - 3:6, 3:7, 3:12, 3:21, 7:10, 9:14, 10:12, 10:17, 11:24, 12:23, 14:5, 14:25
**HONORABLE** [1] - 1:10
**Houston** [1] - 2:12
**HOUSTON** [2] - 1:2, 1:5
**how** [1] - 13:5
**however** [1] - 6:16
**HP** [3] - 11:24, 12:24, 13:3

## I

**I** [21] - 3:1, 3:8, 10:10, 10:11, 10:17, 10:18, 11:10, 11:17, 11:18, 11:23, 12:1, 12:2, 14:4, 14:24, 15:22, 15:23, 16:3, 16:9
**I'll** [2] - 3:22, 14:23
**I'm** [8] - 7:16, 7:17, 10:10, 10:12, 12:17, 15:23, 16:2, 16:3
**I've** [1] - 3:18
**identified** [1] - 11:19
**identify** [1] - 8:18
**if** [11] - 3:23, 4:10, 4:18, 5:2, 6:10, 6:14, 11:17, 12:1, 13:12, 14:7, 14:25
**ignored** [1] - 13:16
**ignoring** [3] - 9:18, 9:19, 9:20
**Illinois** [1] - 2:3
**immediacy** [1] - 4:6
**immediate** [1] - 4:15
**immediately** [1] - 8:6
**imminent** [1] - 4:15

**important** [2] - 4:21, 15:11
**impose** [1] - 11:20
**in** [53] - 3:3, 3:19, 4:4, 4:11, 4:16, 5:5, 5:10, 5:14, 5:21, 6:1, 6:8, 6:15, 7:6, 7:12, 7:13, 7:20, 7:24, 8:8, 8:9, 8:18, 8:20, 8:22, 8:23, 8:25, 9:6, 9:8, 9:9, 9:10, 9:12, 9:13, 9:21, 9:25, 10:8, 10:15, 10:19, 10:23, 10:24, 11:1, 11:4, 11:13, 11:20, 11:25, 12:25, 13:3, 13:4, 13:9, 13:12, 15:2, 15:9, 15:23, 16:11
**INC** [1] - 1:4
**incentivize** [1] - 15:2
**include** [1] - 8:20
**included** [1] - 11:21
**indication** [1] - 4:21
**indicia** [1] - 10:9
**indigestion** [1] - 7:2
**individual** [1] - 10:4
**industry** [1] - 15:9
**informal** [1] - 11:14
**information** [1] - 6:1
**infringe** [2] - 12:12, 12:13
**infringed** [1] - 9:3
**infringement** [12] - 4:13, 6:11, 6:13, 10:7, 11:6, 11:15, 11:21, 13:1, 13:5, 13:16, 13:19
**infringing** [5] - 8:3, 9:22, 10:25, 11:13, 13:23
**innovation** [1] - 15:14
**Innovative** [1] - 11:2
**innovative** [1] - 4:22
**instructions** [1] - 9:8
**insufficient** [1] - 11:18
**intention** [2] - 13:23, 14:14
**interest** [1] - 5:5
**interested** [1] - 5:10
**interesting** [1] - 8:25
**into** [2] - 7:5, 14:12
**invitation** [1] - 13:20
**involved** [1] - 5:9
**involvement** [1] - 4:7
**IP** [1] - 8:17
**is** [32] - 3:3, 3:7, 3:12, 4:2, 4:4, 4:16, 5:7, 5:9, 6:15, 7:13, 7:18, 9:5, 10:8, 10:21, 11:3, 12:21, 13:8, 13:12, 14:10, 14:15, 14:16, 14:18, 14:23, 14:25, 15:2, 15:4, 15:5, 15:13, 15:14, 15:18, 16:10
**isn't** [1] - 14:5
**issue** [2] - 4:14, 14:16
**issues** [2] - 7:24, 15:3
**it** [16] - 4:2, 4:11, 5:23, 7:18, 9:20, 10:7, 10:21, 11:20, 11:22, 13:22, 13:25, 14:5, 14:25, 15:25, 16:3
**it's** [6] - 4:1, 6:10, 14:19, 14:24, 15:3
**its** [4] - 4:17, 4:24, 14:12, 15:1
**itself** [2] - 10:22, 15:5

### J

**JAMES** [1] - 1:17

**James** [1] - 3:9
**job** [1] - 9:15
**joke** [2] - 14:4, 14:5
**judge** [1] - 8:24
**JUDGE** [1] - 1:10
**judgment** [9] - 4:3, 4:7, 4:9, 6:5, 7:12, 10:10, 10:19, 11:7, 11:9
**judgments** [1] - 10:13
**jurisdiction** [4] - 4:3, 11:7, 14:22, 15:24
**just** [8] - 8:23, 10:21, 11:10, 12:23, 14:6, 14:15, 14:23, 15:24

### K

**K** [1] - 1:21
**Keith** [1] - 3:3
**KEITH** [1] - 1:10
**key** [1] - 3:23
**kind** [1] - 7:23
**know** [2] - 9:6, 14:6

### L

**lack** [1] - 14:19
**Lancium** [39] - 3:3, 3:21, 4:16, 4:19, 4:24, 5:10, 5:18, 7:13, 8:1, 8:2, 8:3, 8:9, 8:11, 9:7, 9:8, 9:10, 9:15, 10:6, 10:22, 10:23, 11:1, 12:7, 12:14, 12:20, 12:21, 13:7, 13:14, 13:17, 13:18, 14:9, 14:11, 14:12, 14:14, 14:20, 15:4, 15:8, 15:15, 15:20
**LANCIUM** [1] - 1:7
**Lancium's** [4] - 6:25, 8:20, 11:19, 15:4
**language** [1] - 11:22
**Lanie** [3] - 2:9, 16:9, 16:13
**later** [4] - 12:12, 13:22, 13:25, 14:1
**law** [2] - 5:21, 14:21
**Lawrence** [7] - 5:14, 7:5, 7:25, 8:6, 8:8, 8:13, 12:9
**laws** [1] - 15:13
**lawsuit** [8] - 5:8, 5:12, 5:13, 5:20, 6:22, 7:7, 14:2, 14:14
**lawsuits** [3] - 10:7, 10:8, 10:15
**lawyer** [1] - 8:15
**lawyers** [1] - 16:1
**lawyers'** [1] - 5:8
**leading** [1] - 5:13
**least** [1] - 5:1
**LEAVELL** [4] - 2:1, 3:21, 3:25, 12:23
**Leavell** [1] - 3:14
**less** [2] - 4:13, 4:15
**let** [1] - 7:9
**let's** [1] - 10:4
**letter** [22] - 4:16, 4:24, 8:14, 8:16, 8:18, 8:25, 9:1, 9:8, 10:23, 11:19, 11:23, 11:24, 11:25, 12:5, 12:11, 13:3, 13:6, 13:18, 13:23, 14:1
**letters** [2] - 13:14, 13:16
**license** [2] - 6:12, 6:19

**licensing** [1] - 6:8
**like** [5] - 3:19, 4:19, 12:22, 15:4, 15:25
**line** [3] - 3:8, 3:14, 11:20
**litigate** [1] - 14:13
**litigation** [13] - 4:14, 4:15, 5:9, 8:16, 8:17, 10:14, 10:22, 10:23, 10:24, 11:3, 12:18, 14:8, 15:21
**LLC** [1] - 1:7
**LLP** [5] - 1:15, 1:18, 1:21, 2:2, 2:5
**look** [4] - 10:18, 13:12, 14:10
**looking** [3] - 4:19, 10:21, 10:22
**looks** [1] - 15:4
**lot** [5] - 4:17, 5:4, 5:7, 13:12
**lucrative** [1] - 4:20

### M

**M** [3] - 2:9, 16:9, 16:13
**made** [4] - 5:7, 5:8, 10:6, 10:8
**magic** [1] - 9:2
**mails** [1] - 5:4
**Main** [1] - 1:18
**make** [4] - 5:6, 5:11, 5:23, 15:22
**makes** [1] - 14:5
**market** [1] - 10:3
**matter** [2] - 4:3, 16:11
**me** [3] - 3:13, 7:9, 14:5
**mean** [3] - 14:4, 14:16
**mechanical** [1] - 1:24
**MedImmune** [1] - 4:5
**meet** [1] - 5:24
**meeting** [3] - 11:1, 12:15, 12:16
**meetings** [2] - 5:15, 15:17
**mention** [1] - 14:23
**mentioned** [1] - 14:11
**messages** [1] - 5:4
**might** [1] - 11:18
**Miller** [2] - 3:7, 7:11
**MILLER** [7] - 1:14, 3:6, 7:10, 7:24, 10:12, 10:17, 11:23
**millions** [1] - 14:13
**mind** [1] - 3:23
**mischaracterizing** [1] - 7:14
**mission** [1] - 15:5
**money** [4] - 5:6, 5:7, 5:11
**monopoly** [1] - 15:13
**month** [6] - 12:8, 12:12, 13:22, 13:25
**months** [3] - 5:1, 6:12, 13:16
**more** [4] - 5:7, 10:9, 11:22, 12:10
**motion** [3] - 3:17, 3:20, 16:4
**MOTION** [1] - 1:9
**move** [1] - 7:20
**Mr** [9] - 5:14, 7:5, 7:25, 8:6, 8:8, 8:13, 12:6, 12:9
**MR** [17] - 1:14, 1:14, 1:17, 1:20, 2:1, 2:1, 2:5, 3:6, 3:12, 3:21, 3:25, 7:10, 7:24, 10:12, 10:17, 11:23, 12:23
**much** [4] - 4:13, 4:15, 7:8, 16:5
**multiple** [2] - 7:13, 8:12

**my** [12] - 8:19, 9:5, 9:16, 9:21, 10:2, 12:1, 12:2, 12:5, 12:6, 12:9, 12:15, 16:10

## N

**N** [1] - 3:1
**need** [3] - 6:6, 7:19, 10:9
**needs** [1] - 15:1
**negotiating** [1] - 6:12
**never** [2] - 6:20, 14:11
**next** [3] - 9:5, 9:7, 12:14
**no** [12] - 4:12, 4:14, 6:6, 13:1, 13:17, 13:19, 13:23, 14:10, 14:14
**nondisclosure** [1] - 5:17
**nonpracticing** [2] - 12:25, 13:8
**North** [2] - 2:2, 2:6
**not** [27] - 4:8, 5:2, 6:16, 6:18, 6:21, 7:1, 7:22, 8:13, 8:14, 8:15, 9:1, 10:8, 10:21, 11:6, 11:14, 11:15, 12:3, 12:12, 12:13, 13:8, 13:9, 13:12, 14:6, 15:3, 15:18
**nothing** [1] - 14:20
**November** [3] - 7:24, 7:25, 11:1
**now** [1] - 8:10
**number** [1] - 10:1
**numbered** [1] - 16:11
**numerous** [2] - 12:3, 13:14
**NW** [2] - 1:15, 1:21

## O

**O** [1] - 3:1
**objective** [4] - 4:8, 5:3, 7:3, 7:17
**OBM** [12] - 1:4, 3:3, 3:5, 3:8, 4:1, 6:8, 7:11, 11:19, 13:22, 14:7, 14:15, 15:5
**OBM's** [6] - 4:2, 4:10, 5:14, 6:25, 7:12, 11:20
**occasions** [1] - 8:13
**occurred** [1] - 13:5
**of** [70] - 2:10, 3:4, 3:7, 3:8, 3:10, 3:16, 3:21, 3:23, 4:1, 4:5, 4:12, 4:13, 4:14, 4:15, 4:17, 4:18, 4:22, 5:4, 6:1, 6:8, 6:11, 6:14, 6:25, 7:11, 7:18, 7:19, 7:23, 7:24, 8:3, 8:22, 9:9, 9:15, 9:18, 9:19, 9:24, 10:1, 10:2, 10:9, 10:14, 10:18, 10:22, 10:23, 10:25, 11:4, 11:17, 12:8, 13:5, 13:9, 13:10, 13:15, 13:19, 13:23, 14:6, 14:13, 14:14, 14:19, 14:20, 15:4, 15:5, 15:9, 15:16, 15:17, 16:2, 16:10, 16:10, 16:11
**OF** [2] - 1:1, 1:9
**Official** [4] - 2:9, 2:9, 16:9, 16:13
**okay** [2] - 3:17, 7:8
**on** [25] - 3:2, 3:7, 3:8, 3:13, 3:17, 3:19, 3:21, 4:8, 4:10, 4:24, 6:17, 7:11, 7:16, 7:17, 7:25, 8:10, 8:13, 8:22, 9:18, 9:23, 9:25, 10:20, 12:11, 12:24, 15:5
**once** [1] - 5:8
**one** [6] - 4:16, 7:24, 10:9, 10:10, 11:17, 13:22

**One** [1] - 2:2
**ongoing** [4] - 6:8, 6:22, 7:15, 15:16
**only** [3] - 5:10, 10:15, 15:17
**open** [1] - 14:18
**opportunity** [2] - 6:24, 14:11
**or** [17] - 4:3, 4:15, 6:8, 6:12, 6:13, 6:19, 6:25, 7:23, 8:12, 9:2, 9:15, 9:16, 11:21, 12:14, 14:14, 14:17
**order** [1] - 7:20
**other** [6] - 4:20, 7:9, 9:20, 10:13, 11:6, 13:1
**others** [1] - 5:22
**our** [12] - 5:21, 7:13, 7:18, 7:20, 8:22, 8:23, 10:19, 11:25, 12:11, 12:12, 13:23, 13:25
**out** [9] - 6:2, 8:12, 9:7, 9:8, 12:2, 12:5, 12:6, 15:3, 16:3
**over** [3] - 4:12, 6:24, 8:7
**own** [3] - 6:18, 6:25, 12:12
**owner** [1] - 12:25
**owners** [1] - 4:17

## P

**P** [2] - 1:10, 3:1
**Packard** [1] - 8:24
**papers** [3] - 3:18, 3:19, 4:10
**particular** [1] - 4:13
**parties** [10] - 5:1, 5:6, 5:11, 6:10, 6:23, 7:16, 8:4, 11:6, 12:19, 15:2
**parties'** [1] - 6:18
**partner** [1] - 14:17
**party** [1] - 6:15
**patent** [18] - 4:13, 4:17, 6:13, 8:21, 9:3, 9:4, 9:20, 9:24, 10:14, 11:19, 12:24, 13:1, 13:8, 13:24, 14:13, 15:6, 15:13
**patentee** [1] - 11:14
**patents** [12] - 4:17, 4:18, 4:21, 8:3, 8:20, 11:1, 15:8, 15:10, 15:11, 15:13
**paying** [1] - 15:7
**Pearl** [1] - 2:6
**people** [1] - 13:9
**per** [1] - 9:8
**perhaps** [1] - 14:13
**petroleum** [1] - 15:7
**place** [2] - 5:20, 7:15
**PLAINTIFF** [1] - 1:14
**plaintiff** [2] - 6:5, 11:9
**plaintiff's** [1] - 11:15
**please** [1] - 3:5
**point** [6] - 5:2, 6:14, 8:23, 10:6, 11:23, 15:4
**points** [2] - 3:23, 7:22
**position** [3] - 7:18, 13:24, 15:8
**possessed** [1] - 16:2
**potential** [1] - 15:25
**potentially** [1] - 10:25
**practice** [1] - 9:13
**practicing** [1] - 9:12

**predicate** [1] - 15:24
**present** [2] - 9:3
**Preston** [1] - 3:8
**PRESTON** [1] - 1:14
**pretend** [1] - 5:23
**prevent** [1] - 8:10
**prevented** [1] - 9:12
**Prior** [1] - 11:3
**prior** [3] - 8:22, 10:8, 13:11
**Proceedings** [1] - 1:24
**proceedings** [2] - 16:6, 16:11
**PROCEEDINGS** [1] - 1:9
**produced** [1] - 1:25
**product** [5] - 8:19, 9:4, 11:15, 11:20
**promises** [2] - 15:16, 15:17
**promising** [3] - 5:16, 5:24, 5:25
**promote** [2] - 4:18, 15:5
**proposal** [1] - 6:21
**proposed** [2] - 9:10, 9:11
**proud** [1] - 4:18
**provide** [1] - 12:10
**provided** [2] - 8:1, 10:24
**pull** [2] - 6:2, 15:17
**put** [2] - 5:10, 7:4

## Q

**questions** [1] - 3:22
**quiet** [1] - 12:20
**quite** [1] - 10:20
**quote** [5] - 11:3, 11:5, 12:1, 12:4, 12:17

## R

**R** [2] - 1:14, 3:1
**range** [1] - 9:24
**Ratain** [1] - 3:14
**RATAIN** [1] - 2:1
**reach** [2] - 12:2, 12:5
**reached** [4] - 7:22, 7:23, 8:12, 12:6
**reaches** [2] - 9:7, 9:8
**read** [1] - 3:18
**reality** [1] - 4:6
**really** [4] - 9:1, 9:15, 11:20, 14:5
**reasons** [1] - 4:17
**receives** [2] - 8:14, 8:16
**record** [3] - 3:3, 7:5, 16:11
**recorded** [1] - 1:24
**reiterated** [1] - 7:13
**relate** [1] - 8:20
**relates** [1] - 9:20
**relationship** [1] - 5:19
**rely** [1] - 12:24
**Reporter** [4] - 2:9, 2:9, 16:9, 16:13
**REPORTER'S** [1] - 16:8
**requires** [1] - 4:5
**research** [1] - 15:15
**resolution** [2] - 7:19, 7:22

**resolve** [1] - 16:1
**respectful** [1] - 9:17
**respond** [3] - 8:13, 13:22, 13:25
**responded** [1] - 12:4
**Response** [1] - 9:24
**response** [3] - 11:21, 13:4, 13:20
**right** [5] - 5:12, 5:20, 7:7, 8:10, 10:16
**RMR** [2] - 2:9, 16:9
**rock** [2] - 12:6
**RODNEY** [1] - 1:14
**Rodney** [2] - 3:7, 7:11
**Room** [1] - 2:11
**rug** [2] - 6:2, 15:18
**run** [3] - 6:15, 14:12, 15:3
**Rusk** [1] - 2:11

## S

**S** [1] - 3:1
**safely** [1] - 7:20
**said** [4] - 11:3, 11:13, 12:1, 14:8
**same** [1] - 11:13
**savior** [2] - 15:6, 15:9
**say** [4] - 8:19, 10:17, 13:23, 14:15
**says** [2] - 6:25, 15:20
**SC** [1] - 1:19
**secure** [1] - 4:19
**see** [1] - 15:24
**seek** [1] - 6:16
**seem** [2] - 15:21, 15:25
**seen** [1] - 11:14
**send** [1] - 12:11
**sent** [5] - 4:24, 13:3, 13:14, 13:18, 14:1
**SEPTEMBER** [1] - 1:7
**set** [1] - 4:4
**settlement** [3] - 6:8, 6:13, 6:19
**severity** [1] - 9:18
**should** [2] - 14:25, 15:18
**show** [2] - 5:5, 6:18
**shown** [1] - 7:4
**side** [1] - 7:9
**sides** [1] - 5:5
**simply** [1] - 5:10
**situation** [2] - 13:7, 15:2
**situations** [1] - 13:13
**skilled** [1] - 16:1
**small** [3] - 4:19, 4:20, 9:16
**Smith** [3] - 2:9, 16:9, 16:13
**so** [4] - 7:24, 9:7, 10:3, 10:21
**software** [3] - 8:19, 10:7, 12:3
**solely** [1] - 13:1
**some** [9] - 6:14, 7:19, 7:23, 8:15, 9:9, 10:20, 11:7, 15:5, 15:9
**somehow** [4] - 9:17, 9:24, 10:1, 10:25
**something** [2] - 14:8, 15:18
**sorry** [1] - 10:12
**sort** [3] - 15:5, 15:9, 15:16
**South** [2] - 1:18, 1:22
**southern** [1] - 2:10

**Southern** [1] - 16:9
**SOUTHERN** [1] - 1:1
**speak** [1] - 14:15
**specifically** [1] - 9:2
**spend** [1] - 14:13
**standard** [1] - 4:4
**standards** [1] - 9:25
**start** [1] - 8:3
**stated** [7] - 7:12, 8:2, 9:6, 10:19, 11:1, 12:12, 12:16
**statement** [1] - 11:12
**States** [2] - 2:10, 16:9
**STATES** [2] - 1:1, 1:10
**stating** [1] - 9:2
**stenography** [1] - 1:24
**step** [1] - 3:22
**Street** [4] - 1:15, 1:18, 1:21, 2:6
**strike** [2] - 15:13, 15:14
**subject** [1] - 4:3
**subjective** [1] - 4:8
**submitted** [1] - 5:5
**substantial** [2] - 4:5, 16:2
**such** [1] - 5:16
**sue** [2] - 13:17, 14:17
**sued** [1] - 13:24
**sufficient** [3] - 4:6, 11:11, 11:19
**suing** [3] - 9:19, 13:1, 13:9
**suit** [3] - 10:10, 11:8, 15:17
**Suite** [5] - 1:16, 1:19, 1:22, 2:3, 2:6
**suits** [4] - 11:6, 11:10, 13:11, 13:12
**support** [1] - 14:21
**sure** [1] - 16:2
**surprise** [1] - 5:14

## T

**take** [1] - 3:4
**taking** [1] - 5:19
**talking** [7] - 6:10, 6:19, 6:20, 6:23, 6:24, 9:15, 10:15
**talks** [1] - 4:25
**tell** [2] - 9:21, 15:22
**telling** [1] - 10:9
**terms** [7] - 6:13, 8:15, 9:10, 9:11, 9:12, 12:10
**Test** [1] - 5:22
**Texas** [5] - 2:7, 2:10, 2:12, 9:25, 16:10
**TEXAS** [2] - 1:1, 1:5
**text** [1] - 5:4
**than** [3] - 5:7, 11:22, 13:7
**thank** [4] - 3:6, 7:8, 12:23, 16:5
**that** [80] - 4:2, 4:7, 4:21, 4:22, 4:24, 5:1, 5:2, 5:15, 5:22, 5:23, 6:1, 6:4, 6:5, 6:10, 6:13, 6:25, 7:1, 7:4, 7:6, 7:15, 7:17, 7:18, 7:25, 8:1, 8:2, 8:3, 8:5, 8:7, 8:18, 8:19, 8:25, 9:10, 9:13, 9:16, 9:18, 9:19, 9:21, 9:22, 9:23, 9:25, 10:2, 10:6, 10:8, 10:11, 10:18, 10:23, 11:1, 11:12, 11:13, 11:22, 12:9, 12:12, 12:15, 12:16,

12:24, 12:25, 13:3, 13:11, 13:14, 13:15, 13:23, 13:24, 14:14, 14:20, 14:23, 15:7, 15:12, 15:13, 15:14, 15:18, 15:21, 16:10
**that's** [12] - 3:24, 4:19, 6:16, 7:24, 9:14, 10:17, 13:2, 13:6, 14:6, 14:18, 15:15
**THE** [4] - 1:10, 1:14, 2:1, 3:2, 3:10, 3:16, 3:24, 7:8, 7:22, 10:4, 10:13, 11:2, 12:20, 15:20
**the** [140] - 3:2, 3:8, 3:13, 3:18, 3:19, 4:4, 4:6, 4:11, 4:12, 4:13, 4:24, 4:25, 5:1, 5:3, 5:6, 5:11, 5:12, 5:13, 5:17, 5:20, 5:21, 6:2, 6:4, 6:5, 6:7, 6:8, 6:16, 6:18, 6:22, 6:24, 6:25, 7:3, 7:4, 7:5, 7:7, 7:9, 7:14, 7:16, 7:17, 7:18, 7:20, 7:24, 7:25, 8:2, 8:3, 8:4, 8:14, 8:18, 8:21, 8:23, 8:25, 9:1, 9:3, 9:4, 9:8, 9:13, 9:16, 9:18, 9:19, 9:20, 9:22, 10:6, 10:8, 10:9, 10:18, 10:20, 10:21, 10:22, 10:23, 10:24, 10:25, 11:1, 11:2, 11:4, 11:8, 11:13, 11:18, 11:19, 11:23, 11:24, 11:25, 12:5, 12:14, 12:17, 12:24, 13:3, 13:5, 13:7, 13:9, 13:11, 13:21, 14:20, 14:21, 14:25, 15:1, 15:9, 15:12, 15:13, 15:16, 15:18, 15:19, 15:23, 15:24, 15:25, 16:4, 16:10, 16:10, 16:11
**The** [1] - 16:6
**their** [12] - 4:3, 4:10, 4:18, 6:23, 9:19, 9:23, 10:14, 13:3, 13:24, 14:2
**them** [5] - 12:9, 13:25, 14:12, 15:6, 15:7
**themselves** [2] - 7:4, 15:9
**then** [10] - 6:1, 6:14, 6:15, 8:14, 8:20, 12:10, 13:24, 14:1, 14:23, 14:25
**Therapies** [1] - 11:2
**there** [12] - 4:12, 4:14, 4:16, 4:17, 5:7, 5:22, 6:4, 6:6, 12:21, 13:14, 14:16, 14:23
**there's** [6] - 4:2, 5:4, 5:21, 11:7, 11:12, 14:20
**thereafter** [1] - 12:14
**these** [4] - 10:19, 11:17, 14:7, 15:3
**they** [37] - 6:18, 6:20, 6:21, 6:23, 6:24, 8:18, 8:19, 8:20, 9:3, 9:4, 9:11, 9:15, 9:17, 9:21, 9:23, 10:1, 12:1, 12:7, 12:10, 12:16, 12:18, 12:24, 13:2, 13:3, 13:23, 13:24, 14:1, 14:7, 14:8, 14:11, 14:18, 14:19, 15:8, 15:11
**they're** [8] - 4:21, 7:15, 11:18, 13:8, 13:9, 13:13, 14:9
**they've** [4] - 6:11, 10:2, 15:6, 15:7
**think** [7] - 10:10, 11:10, 11:17, 11:18, 14:5, 14:24, 16:3
**thinking** [1] - 14:9
**this** [15] - 3:3, 3:7, 3:12, 9:20, 9:23, 9:24, 14:3, 14:4, 14:5, 14:10, 14:11, 14:15, 14:16, 15:2, 15:16
**Thornburg** [4] - 2:2, 2:5, 3:13, 3:15
**those** [14] - 5:19, 5:25, 6:2, 6:5, 6:14,

6:20, 6:21, 7:3, 8:9, 9:9, 9:10, 9:12, 13:16, 13:17

**threat** [5] - 4:14, 4:15, 10:25, 11:16, 13:18

**threatening** [2] - 11:8, 15:21

**threats** [1] - 14:8

**three** [3] - 8:12, 10:15, 13:12

**through** [5] - 3:22, 5:8, 7:16, 10:1, 10:4

**time** [3] - 10:20, 12:9, 14:15

**times** [3] - 7:13, 8:12, 12:3

**to** [112] - 3:10, 3:16, 3:17, 3:19, 3:20, 3:22, 4:2, 4:6, 4:8, 4:18, 4:19, 4:25, 5:6, 5:7, 5:12, 5:13, 5:15, 5:16, 5:17, 5:18, 5:20, 5:23, 5:24, 5:25, 6:15, 7:7, 7:14, 7:17, 7:20, 8:10, 8:12, 8:15, 8:20, 8:22, 8:23, 8:24, 9:4, 9:6, 9:7, 9:8, 9:9, 9:13, 9:17, 9:20, 10:2, 10:23, 10:24, 11:3, 11:19, 11:24, 11:25, 12:2, 12:3, 12:5, 12:6, 12:10, 12:11, 12:17, 12:18, 12:21, 12:22, 13:17, 13:20, 13:22, 13:23, 13:25, 14:4, 14:10, 14:11, 14:12, 14:13, 14:17, 14:18, 15:1, 15:2, 15:3, 15:4, 15:5, 15:7, 15:8, 15:11, 15:14, 15:17, 15:20, 15:25, 16:3, 16:4, 16:10

**too** [1] - 3:16

**took** [3] - 7:15, 13:22, 13:25

**top** [1] - 8:22

**totality** [5] - 7:18, 10:18, 11:4, 11:18, 14:20

**towards** [1] - 11:8

**transcript** [2] - 1:25, 16:10

**TRANSCRIPT** [1] - 1:9

**trickery** [1] - 15:16

**tries** [2] - 9:16, 9:17

**troll** [1] - 13:8

**true** [3] - 6:10, 8:3, 16:10

**truly** [1] - 7:18

**try** [1] - 9:9

**trying** [5] - 8:10, 10:2, 12:17, 12:18, 15:20

**two** [14] - 5:2, 5:12, 5:13, 5:20, 6:10, 8:4, 8:12, 10:6, 10:15, 13:4, 13:11, 13:25, 14:1

**type** [3] - 6:25, 7:19, 9:9

**U**

**under** [5] - 4:11, 6:2, 14:20, 14:21, 15:18

**understand** [2] - 12:1, 12:2

**understanding** [1] - 16:11

**United** [2] - 2:10, 16:9

**UNITED** [2] - 1:1, 1:10

**unless** [1] - 11:7

**unreasonable** [4] - 4:9, 4:11, 9:11, 14:19

**up** [7] - 5:12, 5:13, 5:20, 7:7, 12:10, 12:11, 14:15

**US** [3] - 1:15, 1:18, 1:21

**us** [3] - 7:14, 8:7, 14:17

**use** [2] - 9:17, 11:22

**using** [2] - 9:2, 9:22

**V**

**Valenzuela** [1] - 3:13

**VALENZUELA** [2] - 2:5, 3:12

**versus** [3] - 3:3, 8:24, 11:24

**very** [12] - 4:24, 5:23, 7:8, 8:25, 12:23, 13:4, 13:6, 13:13, 15:23, 16:5

**via** [1] - 1:25

**view** [1] - 15:4

**VS** [1] - 1:5

**W**

**Wacker** [1] - 2:2

**want** [5] - 12:16, 12:17, 12:21, 14:10, 15:8

**wanted** [2] - 8:23, 9:13

**wants** [1] - 8:15

**warrant** [1] - 4:6

**was** [26] - 4:11, 4:12, 4:14, 5:7, 5:10, 5:12, 5:14, 5:15, 5:18, 5:20, 6:6, 6:16, 6:22, 7:1, 7:6, 7:7, 8:3, 8:8, 8:9, 10:24, 11:24, 12:25, 13:24

**Washington** [1] - 1:22

**way** [2] - 9:18, 11:25

**we** [15] - 4:4, 5:21, 7:18, 7:19, 7:25, 8:10, 8:23, 9:14, 11:17, 12:10, 12:11, 12:12, 14:10, 14:17

**we'll** [1] - 3:4

**We're** [1] - 15:20

**we're** [6] - 3:2, 3:17, 3:21, 10:15, 10:21, 10:22

**week** [2] - 5:13, 6:22

**weekends** [1] - 6:23

**weeks** [5] - 5:13, 6:12, 13:4, 13:25, 14:1

**welcome** [3] - 3:2, 3:10, 3:16

**well** [3] - 3:15, 4:1, 15:11

**were** [19] - 5:19, 6:6, 6:18, 6:20, 6:21, 6:22, 6:23, 6:24, 9:1, 9:11, 9:22, 11:1, 12:18, 13:14, 13:16, 14:7, 16:6

**what** [14] - 6:16, 6:23, 7:22, 8:4, 8:10, 8:11, 9:5, 9:7, 14:9, 14:16, 15:1, 15:4, 15:15

**what's** [4] - 3:19, 8:25, 9:6, 9:18

**whatever** [1] - 16:1

**when** [1] - 12:6

**where** [8] - 5:11, 6:4, 9:14, 10:11, 11:14, 11:25, 13:7, 13:14

**which** [4] - 4:5, 4:16, 5:13, 14:10

**while** [1] - 12:20

**white** [1] - 15:9

**who** [3] - 8:15, 9:21, 12:25

**will** [2] - 3:14, 14:13

**with** [16] - 3:4, 3:13, 4:20, 4:23, 6:11, 7:21, 8:9, 10:2, 10:11, 10:14, 12:15,

13:14, 13:19, 15:16, 16:1

**without** [3] - 13:18, 13:19, 14:3

**Womble** [6] - 1:15, 1:18, 1:21, 3:7, 8:7, 12:11

**words** [1] - 9:2

**work** [2] - 15:3, 16:3

**worried** [2] - 9:5, 14:7

**worthy** [1] - 4:22

**would** [4] - 3:19, 7:1, 9:12, 12:21

**Y**

**y'all** [1] - 15:25

**years** [4] - 5:2, 10:1, 10:15, 13:12

**yes** [2] - 6:14, 12:23

**you** [26] - 3:6, 3:10, 3:16, 3:18, 3:19, 3:23, 5:23, 5:24, 7:8, 7:22, 9:2, 10:6, 11:23, 12:2, 12:3, 12:21, 12:23, 13:12, 14:6, 14:16, 14:17, 15:22, 16:2, 16:3, 16:5

**you're** [5] - 4:19, 4:22, 13:11, 15:23

**Your** [12] - 3:6, 3:7, 3:12, 3:21, 7:10, 9:14, 10:12, 10:17, 11:24, 12:23, 14:5, 14:25

**your** [4] - 3:20, 10:4, 12:3, 16:1